IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, | * |
| | * |
| Plaintiff, | * |
| | * |
| -vs- | * |
| | *   Case No. 1:08-cv-00077-CAP |
| RONALD M. ZACCARI, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

## PLAINTIFF'S MOTION TO EXCLUDE
## THE EXPERT REPORT AND TESTIMONY
## OF MATTHEW W. NORMAN, M.D.

On August 18, 2009, Defendants Ronald Zaccari, Valdosta State University, Board of Regents of the University System of Georgia, Kurt Keppler, Victor Morgan, and Russ Mast (together "the VSU defendants") violated the Court's scheduling order and Local Rule 26.2(C) by filing an expert report from Matthew W. Norman, M.D. ("Norman") after discovery had closed and without justification. In accordance with L.R. 26.2(C) and Fed. R. Civ. P. 37(c)(1), Plaintiff moves (1) to exclude Norman's expert report, (2) to exclude Norman's testimony at trial, and (3) to assess Plaintiff's attorney fees against the VSU defendants for bringing this motion.

Respectfully submitted this 21st day of August, 2009.

      By:    /s/ Robert Corn-Revere
            Robert Corn-Revere
            Christopher A. Fedeli
            Lisa B. Zycherman
            Erin N. Reid
            Admitted Pro Hac Vice
            Attorneys for Plaintiff
            Davis Wright Tremaine LLP
            1919 Pennsylvania Avenue, NW
            Suite 200
            Washington, DC 20006
            202-973-4200
            Email: bobcornrevere@dwt.com

            /s/ Cary S. Wiggins
            Cary S. Wiggins
            Georgia Bar No. 757657
            Irma Espino
            Georgia Bar No. 558220
            Attorneys for Plaintiff
            Wiggins Law Group
            260 Peachtree Street, NW
            Suite 401
            Atlanta, GA 30303
            404-659-2880
            Email: cary@wigginslawgroup.com

CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on August 21, I served the foregoing to all counsel of record.  I also certify, pursuant to Local Rule 7.1(D), that this document has been prepared in Times New Roman 14-point font.

/s/ Cary S. Wiggins
Cary S. Wiggins
Georgia Bar No. 757657
Irma Espino
Georgia Bar No. 558220
Attorneys for Plaintiff
Wiggins Law Group
260 Peachtree Street, NW
Suite 401
Atlanta, GA 30303
404-659-2880
Email: cary@wigginslawgroup.com