IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RONALD M. ZACCARI, individually and ) <br> in his official capacity as President of ) <br> Valdosta State University; VALDOSTA ) <br> STATE UNIVERSITY; BOARD OF ) <br> REGENTS OF THE UNIVERSITY ) <br> SYSTEM OF GEORGIA; LAVERNE ) <br> GASKINS, individually and in her official ) <br> capacity as in-house counsel at Valdosta ) <br> State University; KURT KEPPLER, ) <br> individually and in his official capacity as ) <br> Vice President for Student Affairs at ) <br> Valdosta State University; RUSS MAST, ) <br> individually and in his official capacity as ) <br> Dean of Students at Valdosta State ) <br> University; LEAH McMILLAN, ) <br> individually and in her official capacity as ) <br> a counselor at Valdosta State University; ) <br> VICTOR MORGAN, individually and in ) <br> his official capacity as Director of the ) <br> Valdosta State University Counseling ) <br> Center, ) <br> ) <br> Defendants. ) | Civil Action File No.: <br> 1:08-CV-0077-CAP |

## DEFENDANTS ZACCARI, MAST, KEPPLER, BOARD OF REGENTS, AND VALDOSTA STATE UNIVERSITY'S MOTION FOR LEAVE TO INTRODUCE EXPERT WITNESS MATT W. NORMAN, M.D.

COME NOW DEFENDANTS ZACCARI, MAST, KEPPLER, BOARD OF REGENTS, AND VALDOSTA STATE UNIVERSITY, and move this Court to allow the Introduction of Expert Witness Matt W. Norman, M.D., as disclosed in these Defendants' Supplemental Initial Disclosures, filed on August 18, 2009, in Docket #136. In so moving, these Defendants request that that the Court review and consider the arguments set forth in their accompanying BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MATTHEW W. NORMAN, M.D., AND IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO INTRODUCE EXPERT WITNESS MATT W. NORMAN, M.D.

WHEREFORE, These Defendants respectfully request that the Court:

a) Deny the relief sought by Plaintiff's Motion to Exclude the Expert Report and Testimony of Matthew W. Norman, M.D., Docket #139-1;

b) Allow Matt W. Norman, M.D. as an Expert Witness for summary judgment and for all other purposes leading to, and including, trial;

2

c) Allow Discovery to be extended, as necessary, such that Plaintiff may depose Dr. Norman at these Defendants' expense, according the offer contained in their accompanying brief; and

d) Allow Summary Judgment timelines to be extended, as necessary, so as to allow Plaintiff to consider Dr. Norman's testimony for summary judgment purposes, inter alia.

This, the 2nd day of September, 2009.

_____
HOLLY HANCE
Georgia Bar No. 153092
Email: hhance@royallaw.net

**ROYAL WASHBURN WILL**
4799 Sugarloaf Parkway, Building J
Lawrenceville, Georgia 30044
Phone: (770) 814-8022
Fax: (770) 814-8360