# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No.: |
| ) | 1:08-CV-0077-CAP |
| RONALD M. ZACCARI, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF RONALD M. ZACCARI

Personally appeared before the undersigned officer duly authorized to administer oaths, Ronald M. Zaccari, who deposes and says as follows:

1.

My name is Ronald M. Zaccari. I am over the age of majority and make this Affidavit based on my personal knowledge.

2.

I am _74_ years old. My wife and I reside in Valdosta, Georgia.

3.

At the time of the incident in question, I was employed as the President of Valdosta State University, but I have since retired. I have been retired since _JUNE, 2009_.

4.

I am advised by my attorneys that my presence would be required throughout the course of the trial.

5.

The continued litigation of this case in Atlanta would create a hardship and inconvenience for me. It will be extremely inconvenient and create undue hardship for me to leave my home to travel to Atlanta to prepare for, and to remain in Atlanta to attend a trial of this case.

FURTHER AFFIANT SAYETH NOT.

This __7__ day of June, 2012.

_____
RONALD M. ZACCARI

Sworn to and subscribed before me
this __7th__ day of June, 2012.

_____
Notary Public

My Commission Expires: 9-20-12

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RONALD M. ZACCARI, ) <br> ) <br> Defendants. ) | Civil Action File No.: <br> 1:08-CV-0077-CAP |

## CERTIFICATE OF SERVICE

This is to certify that I have, this 8th day of June, 2012, served a true and correct copy of the within and foregoing AFFIDAVIT OF RONALD M. ZACCARI upon all parties and/or counsel of record by electronic notice and by placing same in the United States Mail, postage prepaid, properly addressed as follows:

**Robert Corn-Revere**
**Christopher A. Fedeli**
**Erin Reid**
Davis Wright Tremaine, LLP
Suite 200
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Cary Stephen Wiggins**
Cook Youngelson & Wiggins
260 Peachtree Street, NW, Suite 401
Atlanta, GA 30303

s/ Holly Hance
DAVID C. WILL
Georgia Bar No. 760150
Email: dwill@royallaw.net
HOLLY HANCE
Georgia Bar No. 153092
Email: hhance@royallaw.net

**ROYAL – WILL**
4799 Sugarloaf Pkwy, Bldg J
Lawrenceville, GA 30043
Phone: 770-814-8022
Fax: 770-814-8360