## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **THOMAS HAYDEN BARNES,** | |
| Plaintiff, | |
| v. | Civil No. 7:12-CV-89 (HL) |
| **RONALD M. ZACCARI**, *et al.*, | |
| Defendants. | |

## ORDER

This case has recently been transferred to the Middle District of Georgia. The case is ready for trial and has been set on the October 2012 trial calendar. At this time, there is no need for the parties to submit a pretrial order. The Court will contact the parties closer to the October term with the appropriate pretrial documents.

**SO ORDERED,** this 20th day of July, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr