# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

THOMAS HAYDEN BARNES,    )
    )
       Plaintiff,    )
    )
    v.    )    Civil Action File No.:
    )    7:12-CV-00089-HL
RONALD M. ZACCARI,    )
    )
       Defendants.    )

## CERTIFICATE OF SERVICE

This is to certify that I have, this 16th day of August, 2012, served a true and

correct copy of the within and foregoing SUBPOENA (GSU Psychology Clinic)

upon all parties and/or counsel of record by electronic notice and by placing same

in the United States Mail, postage prepaid, properly addressed as follows:

**Robert Corn-Revere**
**Christopher A. Fedeli**
**Erin Reid**
Davis Wright Tremaine, LLP
Suite 800
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Cary Stephen Wiggins**
Cook Youngelson & Wiggins
260 Peachtree Street, NW, Suite 401
Atlanta, GA 30303

_DAVID C. WILL_ (signature)

DAVID C. WILL
Georgia Bar No. 760150
Email:  dwill@royallaw.net
HOLLY HANCE
Georgia Bar No. 153092
Email:  hhance@royallaw.net

**ROYAL – WILL**
4799 Sugarloaf Pkwy, Bldg J
Lawrenceville, GA 30043
Phone:  770-814-8022
Fax:  770-814-8360