# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action File No.: |
| | ) 7:12-CV-00089-HL |
| RONALD M. ZACCARI, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have, this 16th day of August, 2012, served a true and correct copy of the within and foregoing SUBPOENA (Wanda DeVaughn, LCSW, RYT) upon all parties and/or counsel of record by electronic notice and by placing same in the United States Mail, postage prepaid, properly addressed as follows:

**Robert Corn-Revere**
**Christopher A. Fedeli**
**Erin Reid**
Davis Wright Tremaine, LLP
Suite 800
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Cary Stephen Wiggins**
Cook Youngelson & Wiggins
260 Peachtree Street, NW, Suite 401
Atlanta, GA 30303

1

*/s/ Holly Hance*
_____
DAVID C. WILL
Georgia Bar No. 760150
Email: dwill@royallaw.net
HOLLY HANCE
Georgia Bar No. 153092
Email: hhance@royallaw.net

**ROYAL – WILL**
4799 Sugarloaf Pkwy, Bldg J
Lawrenceville, GA 30043
Phone: 770-814-8022
Fax: 770-814-8360

2