IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 7:12-cv-00089-HL |
| | * | |
| RONALD M. ZACCARI, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S MOTION *IN LIMINE* SEEKING TO AVOID CONFUSION AT TRIAL OVER THE TERM "ADMINISTRATIVE WITHDRAWAL"**

Plaintiff Thomas Hayden Barnes ("Barnes") hereby moves *in limine* for an order clarifying the issues for trial. From the beginning of this case, Defendant Zaccari has argued that an "administrative withdrawal" is not an "expulsion" for purposes of evaluating due process. However, the Eleventh Circuit squarely addressed this question, and its answer is now the law of the case. *Jackson v. Ala. State Tenure Comm'n*, 405 F.3d 1276, 1283 (11th Cir.2005) (under the law-of-the-case doctrine, a court is "generally bound by a prior appellate decision of the same case"). The Court found:

> We see no substantive distinction between the "administrative withdrawal" imposed by Zaccari and the Code's definitions of "expulsion" and "disciplinary suspension." Zaccari's creative labeling cannot avoid the plain language of the Code.

1

*Barnes v. Zaccari*, 669 F.3d 1295, 1305 (11th Cir. 2012).  Plaintiff hereby seeks an order directing all counsel to avoid making claims about the nature of "administrative withdrawals" as being distinguishable from an "expulsion."  Such an order is needed to avoid needless confusion among the jurors.

Dated: September 21, 2012

                        Respectfully submitted,

                        __/s/Robert Corn-Revere_____
                        Robert Corn-Revere
                        Lisa Beth Zycherman
                        Erin Nedenia Reid
                        Davis Wright Tremaine LLP
                        1919 Pennsylvania Avenue, N.W.
                        Suite 800
                        Washington, DC  20006-3401
                        bobcornrevere@dwt.com
                        lisazycherman@dwt.com
                        erinreid@dwt.com
                        (202) 973-4200

                        Cary Wiggins
                        Georgia Bar #757657
                        Wiggins Law Group
                        260 Peachtree Street, N.W.
                        Suite 401
                        Atlanta, GA  30303
                        cary@cywlaw.com
                        (404) 659-2880

                        *Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2012, I electronically filed the foregoing Motion *in Limine* Seeking to Avoid Confusion at Trial Over the Term "Administrative Withdrawal" with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    __/s/Robert Corn-Revere_____
Robert Corn-Revere
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC  20006-3401
bobcornrevere@dwt.com

DWT 20400539v1 0050062-082088