IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 7:12-cv-00089-HL |
| | * | |
| RONALD M. ZACCARI, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S MOTION *IN LIMINE* TO
SET TRIAL PROTOCOL FOR PLAINTIFF'S USE OF
<u>FORMER DEFENDANTS AS WITNESSES</u>**

Plaintiff Thomas Hayden Barnes ("Barnes") hereby moves *in limine* for an order setting trial protocol for examining witnesses who are former party-opponents. In the pretrial submissions, Plaintiff has indicated that he plans to present testimony of former Defendants Laverne Gaskins and Leah McMillan as part of his direct case. As such, the Plaintiff plans to use the latitude provided under Rule 611(c)(2) of the Federal Rules of Evidence to be able to ask leading questions on direct examination of "a hostile witness, an adverse party, or a witness identified with an adverse party."

At the same time, it would be distracting and perhaps confusing for the jurors to be made aware that the witnesses are adverse parties, and not just officials at Valdosta State University who have material knowledge of the issues in the

case. Accordingly, Plaintiff requests that these witnesses not be identified as formerly adverse parties in their testimony or in statements of counsel. Such instruction should be provided pursuant to the Court's authority under Rule 611(a) to exercise "reasonable control over the mode and order of examining witnesses and presenting evidence." Likewise, such an instruction would be appropriate to avoid confusing the issues or misleading the jury pursuant to Rule 403. *See Palmer v. Board of Regents of Univ. Sys. of Ga.*, 208 F.3d 969, 972-73 (11th Cir. 2000) (trial judge properly excluded evidence of other lawsuits, based upon the fact that the evidence was irrelevant, and, to the extent relevant, would confuse the issues, waste time, and unduly prejudice the defendants).

Dated: September 21, 2012

                                                 Respectfully submitted,

                                                 __/s/Robert Corn-Revere_____
                                                 Robert Corn-Revere
                                                 Lisa Beth Zycherman
                                                 Erin Nedenia Reid
                                                 Davis Wright Tremaine LLP
                                                 1919 Pennsylvania Avenue, N.W.
                                                 Suite 800
                                                 Washington, DC  20006-3401
                                                 bobcornrevere@dwt.com
                                                 lisazycherman@dwt.com
                                                 erinreid@dwt.com
                                                 (202) 973-4200

                                                        Cary Wiggins
                                                       Georgia Bar #757657
                                                       Wiggins Law Group
                                                       260 Peachtree Street, N.W.
                                                       Suite 401
                                                       Atlanta, GA  30303
                                                       cary@cywlaw.com
                                                       (404) 659-2880

                                                       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2012, I electronically filed the foregoing Motion *in Limine* to Set Trial Protocol in Plaintiff's Use of Former Defendants as Witnesses with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                      __/s/Robert Corn-Revere_____
                                      Robert Corn-Revere
                                      Davis Wright Tremaine LLP
                                      1919 Pennsylvania Avenue, N.W.
                                      Suite 800
                                      Washington, DC  20006-3401
                                      bobcornrevere@dwt.com