IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | 7:12-CV-89 (HL) |
| RONALD M. ZACCARI, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S LIST OF VOIR DIRE QUESTIONS

1. Do any of you know the Plaintiff in this case, Hayden Barnes?

2. Have any of you heard anything about this case?

3. Has any member of the panel, or anyone in your immediate family, ever been represented by or know Bob Corn-Revere, Chris Fedeli, Erin Reid or Lisa Zycherman, or any attorney in the firm of Davis, Wright and Tremaine, LLP, which has offices in Washington, D.C. and other offices around the U.S.?

4. Has any member of the panel, or anyone in your immediate family, ever been represented by or know Cary Wiggins, Irma Espino, or any attorney in the firm of Cook, Youngelson and Wiggins, now known as the Wiggins Law Group, which has offices in Atlanta?

5. Has any member of the panel, or anyone in your immediate family, ever been employed by Bob Corn-Revere, Cary Wiggins or by their law firms?

6. Have any of you or anyone in your immediate family ever been employed by a law firm?

7. Have any of you previously served on a jury?

   If so, a) Where?

        b) When?

        c) What kind of case was it?

8. Do any of you know any other members of the panel?

9. Have any of you, or any member of your family, ever filed a lawsuit other than a domestic case?

   If so, a) What kind of case?

        b) When?

        c) With what result?

10. Do any of you have any formal legal training, including taking any classes in law?

11. Do any of you know, or have any of you heard of any of the following persons, who may be called as witnesses in this case?

    Ronald Zaccari
    Thomas "Hayden" Barnes
    Betsey Neely
    Ann Farmer

>    Russ Mast
>    Richard Lee
>    Tom Hardy
>    Matthew Norman, M.D.
>    Jonathan Strobel
>    Jimmy Fields
>    Thressea Boyd
>    Melinda Cutchens
>    Linda Daniels
>    Laverne Gaskins
>    Leah McMillan
>    Kimberly Tanner
>    Jim Black
>    Kelly Burke
>    Victor Morgan
>    Kevin Winders, M.D.
>    Michael Noll

12. Do any of you believe that a person who files a lawsuit should win the case or be awarded damages solely because he or she files a lawsuit?

13. Have any of you, or any member of your family, ever felt that you were treated unfairly by an employer?

14. Have any of you, or any member of your family, ever felt that you were treated unfairly by the State of Georgia or any of its agencies? If so, please describe the experience. Do you feel that you could not render a fair and impartial verdict because of your feelings?

15. Have any of you, or any member of your family, ever had any negative experiences or encounters with the State of Georgia or any of its agencies? If so, please describe the experience. Do you feel that you could not render a

fair and impartial verdict because of your negative experience or encounters?

16. Have any of you, or any member of your family, ever felt that you were treated unfairly by Valdosta State University, any college or university or the Board of Regents for the State of Georgia? If so, please describe the experience. Do you feel that you could not render a fair and impartial verdict because of your feelings?

17. Have any of you, or any member of your family, ever had any negative experiences or encounters with Valdosta State University, any college or university or the Board of Regents for the State of Georgia? If so, please describe the experience. Do you feel that you could not render a fair and impartial verdict because of your negative experience or encounters?

18. Have any of you, any members of your immediate family or any close friends even been employed by Valdosta State University or any college or university?

19. Have any of you, any members of your immediate family or any close friends ever been a student at Valdosta State University?

20. Do any of you recall seeing anything on television or the newspaper concerning Hayden Barnes or this case?

21. Do any of you have a son or daughter who is currently a college student? If so, where?

22. Have any of you, anyone in your immediate family or a close friend ever publicly spoken out against or challenged any action by a public agency?

23. Do any of you have any training in mental health or substance abuse?

24. Are any of you, or any member of your family currently receiving mental health services?

25. Have any of you, or your immediate family, or a close friend ever been seen by a psychiatrist, psychologist, counselor, or therapist?

26. Have any of you, or your immediate family, or a close friend ever been seen represented by Laverne Gaskins, an attorney?

27. Have any of you, or your immediate family, or a close friend ever been seen been underwent therapy through Laverne Gaskins, when was practicing as a mental health professional?

28. Are any of you, or your immediate family, members of the American Civil Liberties Union (ACLU) or made a financial contribution to it, or otherwise support it?

29. Are any of you, or your immediate family, members of the Foundation for Individual Rights in Education (FIRE) or made a financial contribution to it, or otherwise support it?

30. Are any of you, or your immediate family, members of the Alliance Defense Fund or made a financial contribution to it, or otherwise support it?

31. Are any of you, or your immediate family, members of the American Booksellers Foundation for Free Expression or made a financial contribution to it, or otherwise support it?

32. Are any of you, or your immediate family, members of the American Counsel of Trustees and Alumni or made a financial contribution to it, or otherwise support it?

33. Are any of you, or your immediate family, members of the Cato Institute or made a financial contribution to it, or otherwise support it?

34. Are any of you, or your immediate family, members of the Electronic Frontier Foundation or made a financial contribution to it, or otherwise support it?

35. Are any of you, or your immediate family, members of the Feminists for Free Expression or made a financial contribution to it, or otherwise support it?

36. Are any of you, or your immediate family, members of the Individual Rights Foundation or made a financial contribution to it, or otherwise support it?

37. Are any of you, or your immediate family, members of the Libertarian Law Council or made a financial contribution to it, or otherwise support it?

38. Are any of you, or your immediate family, members of the National Association of Scholars or made a financial contribution to it, or otherwise support it?

39. Are any of you, or your immediate family, members of the National Coalition Against Censorship or made a financial contribution to it, or otherwise support it?

40. Are any of you, or your immediate family, members of the National Youth Rights Association or made a financial contribution to it, or otherwise support it?

41. Are any of you, or your immediate family, members of the Reason Foundation or made a financial contribution to it, or otherwise support it?

42. Are any of you, or your immediate family, members of the Students for Liberty or made a financial contribution to it, or otherwise support it?

43. Are any of you, or your immediate family, members of the Student Press Law Center or made a financial contribution to it, or otherwise support it?

44. Are any of you, or your immediate family, members of the Southeastern Legal Foundation or made a financial contribution to it, or otherwise support it?

45. Is there any member of the panel who, for whatever reason, feels that they would not be able to serve as a fair and impartial juror in this case?

This, the 21st day of September, 2012.

/s/ David C. Will
DAVID C. WILL, Ga. Bar No. 760150
dwill@royallaw.net

/s/ Holly Hance
HOLLY HANCE, Ga. Bar No. 153092
hhance@royallaw.net

Attorneys for Defendant

ROYAL – WILL
4799 Sugarloaf Parkway, Bldg. J
Lawrenceville, GA  30044
(770) 814-8022 Tel.
(770) 814-8360 Fax

## CERTIFICATE OF SERVICE

This is to certify that I have, this 21st day of September, 2012, served a true and correct copy of the within and foregoing *DEFENDANT'S LIST OF VOIR DIRE QUESTIONS* upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed to:

**Robert Corn-Revere**
**Lisa Beth Zycherman**
**Erin Reid**
Davis Wright Tremaine, LLP
Suite 800
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Cary Stephen Wiggins**
Cook Youngelson & Wiggins
260 Peachtree Street, NW
Suite 401
Atlanta, GA 30303

/s/ David C. Will
DAVID C. WILL, Ga. Bar No. 760150
dwill@royallaw.net

/s/ Holly Hance
HOLLY HANCE, Ga. Bar No. 153092
hhance@royallaw.net

Attorneys for Defendant

ROYAL – WILL
4799 Sugarloaf Parkway, Bldg. J
Lawrenceville, GA  30044
(770) 814-8022 Tel.
(770) 814-8360 Fax