IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 7:12-cv-00089-HL |
| | * | |
| RONALD M. ZACCARI, *et al.*, | * | |
| | * | |
| Defendants. | * | |

## PLAINTIFF'S PRE-TRIAL SUBMISSIONS

In response to this Court's Order of August 31, 2012, Plaintiff Thomas Hayden Barnes ("Barnes"), by counsel, hereby submits the following materials in advance of the trial.

**I.  WITNESS LIST**

A list of witnesses the Plaintiff may call at trial, along with a brief summary of each witness's expected testimony is attached hereto as Attachment 1.

**II.  DEPOSITIONS TO BE USED AT TRIAL**

Plaintiff expects that the only deposition transcript that will be used at trial to present testimony will be that of former Valdosta State University Vice President for Student Affairs Kurt J. Keppler.  Deposition transcripts of other

1

witnesses may also be used at trial for purposes of impeachment and to refresh recollections.

### III.  MOTIONS *IN LIMINE*

Plaintiff is filing with the Court on this date the following motions *in limine*:

A. Plaintiff's Motion *in Limine* to Permit Expert Rebuttal Testimony of Professor Robert M. O'Neil

B. Plaintiff's Motion *in Limine* to Limit Defendant's Use of Privileged and Unfairly Prejudicial Evidence

C. Plaintiff's Motion *in Limine* to Exclude the Proffered Testimony and Expert Report of Dr. Matthew Norman

D. Plaintiff's Motion *in Limine* for Trial Protocol in Plaintiff's Use of Former Defendants as Witnesses

E. Plaintiff's Motion *in Limine* Seeking to Avoid Confusion at Trial Over the Term "Administrative Withdrawal"

F. Plaintiff's Motion *in Limine* to Adopt This Court's Prior Findings as Statement of Undisputed Facts

### IV.  PENDING MOTIONS

The following motions are pending that require resolution by this Court:

A. Notice of Filing of Evidence of Fees and Expenses Related to Plaintiff's Motion to Compel and Request for Sanctions, Case 7:12-cv-00089-HL, Docket Number 147.

B. Plaintiff's Motion to Exclude Dr. Matthew Norman as an Expert Witness, Case 7:12-cv-00089-HL, Docket Number 164.

### V.  PROPOSED *VOIR DIRE* QUESTIONS

Plaintiff's proposed *voir dire* questions are attached hereto as Attachment 2.

## VI. OBJECTIONS TO DEPOSITION TESTIMONY

Plaintiff's objections to deposition testimony are attached hereto as Attachment 3. As instructed by this Court's August 31, 2012 Order, the parties conferred in an effort to resolve disputes over the objections.

## VII. PROPOSED VERDICT FORM

Plaintiff's proposed verdict form is attached hereto as Attachment 4.

## VIII. REQUESTS FOR JURY INSTRUCTIONS

Plaintiff's proposed jury instructions are attached hereto as Attachment 5. As instructed by this Court's August 31, 2012 Order, the parties conferred on jury instructions. Those instructions about which the parties could agree are being filed separately as joint charges. To the extent that Defendant reserved the right to object and does so later object, those instructions would be from Plaintiff only.

Dated: September 21, 2012

Respectfully submitted,

   /s/Robert Corn-Revere
Robert Corn-Revere
Lisa Beth Zycherman
Erin Nedenia Reid
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC  20006-3401
bobcornrevere@dwt.com
lisazycherman@dwt.com
erinreid@dwt.com
(202) 973-4200

3

Cary Wiggins
Georgia Bar #757657
Wiggins Law Group
260 Peachtree Street, N.W.
Suite 401
Atlanta, GA  30303
cary@cywlaw.com
(404) 659-2880

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2012, I electronically filed the foregoing Pre-Trial Submissions with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    /s/Robert Corn-Revere
Robert Corn-Revere
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC  20006-3401
bobcornrevere@dwt.com