IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 7:12-cv-00089-HL |
| | * | |
| RONALD M. ZACCARI, *et al.*, | * | |
| | * | |
| Defendants. | * | |

## PLAINTIFF'S PROPOSED *VOIR DIRE*

Plaintiff Thomas Hayden Barnes ("Barnes") proposes that the Court ask the following questions of potential jurors to the extent such question was not posed by the jury questionnaire, or the prospective juror did not complete the questionnaire:

### Background

1.    Personal information about juror:  name; address, how long resident at current address, whether it is a home, apartment, mobile home or other domicile, and whether it is owned or rented; age; educational background; military background; marital and family status; and current employment details.

2.    Personal information about juror's spouse and each adult child, if any:  age; educational background; military background; and current employment.

3.    Have you been a juror in another case?  If so, what type of case and what was its outcome?

4.    Have you ever served as a federal, state, or municipal employee?  If so, in what capacities or positions, and for what dates?

5.    What civic, community, or religious organizations do you belong to?

6.    Do you have any hobbies?  What are they?

7.    What newspapers or magazines do you read (in any format, including online)?

8.    Do you use social media like Facebook, YouTube, Twitter, Digg, Reddit, or others?  If so, which ones and how frequently?

9.    Do you listen to talk radio? If so, to which stations or programs do you listen most frequently (*i.e.*, Rush Limbaugh; National Public Radio; etc.).

10.    Do you watch TV or cable news?  If so, what stations or programs you watch most frequently (*i.e.*, CNN, Bill O'Reilly, Rachel Maddow, Glen Beck, John Stewart, etc.)?

11.    Have you or any of your family members or close friends ever been a plaintiff or a defendant in a lawsuit?  If so, please describe when, in what court, the type of case, and what role you or the relevant family member or friend played.

12.    Have you or any of your family members or close friends ever been a witness in a lawsuit?  If so, please describe when, in what court, the type of case, and what role you or the relevant family member or friend played.

13.    Have you ever had an unfavorable experience with a lawyer or judge acting in their professional capacities?

14.    Have you or any of your family members or close friends ever had any contact with law enforcement?  If so, please describe the circumstances.

15.    Have you or any of your family members or close friends ever had been involved with any administrative disciplinary or similar proceeding at an educational institution?  If so, please describe the circumstances.

16.    Have you heard anything about this case?  If so, what?

17.    Do you know the plaintiff, Thomas Hayden Barnes?

18.    Do you know the defendant, Ronald M. Zaccari?

19.    Do you have any connections to Valdosta State University ("VSU")?

20.    Do you know anyone who works for or has worked for VSU or the Board of Regents of the University System of Georgia?

21.    Do you know any of the lawyers or law firms involved in this case:

> Davis Wright Tremaine LLP
> Robert Corn-Revere
> Erin Reid
> Lisa Zycherman
> Wiggins Law Group
> Cary Wiggins
> Royal-Will Law Firm
> David Will
> Holly Hance

22.    Do you know any of the people who may testify in this case?

> Thomas Hayden Barnes
> Laverne Gaskins
> Leah McMillan
> Michael Noll
> Kimberly (Chaffee) Barnes
> Kelly Burke

Dr. Kevin Winders
Professor Robert M. O'Neil
Kurt Keppler
Russ Mast
Kimberly Tanner
Thressea Boyd
Major Ann Farmer
Dr. Victor Morgan
Richard Lee
Elizabeth Neely
Linda Daniels
Ronald Zaccari
Tom Hardy
Matthew Norman, M.D.
Jonathan Strobel
Jimmy Fields
Melinda Cutchens
Jim Black
John Eunice

23.   Do you have any formal legal training, or have you taken any courses in constitutional law, civil rights, or other subjects relating to our legal system?  If so, please identify and describe the training or courses.

24.   Do you have any formal training or have you taken any courses in medicine or psychology?  If so, please identify and describe the training or courses.

**Potential Bias or Disqualification**

25.   Based on what you have heard about this case up until now, is there any reason at all why you feel you could not render a fair and impartial verdict in this case according to the evidence and testimony presented to you?

26.   Is there any personal reason why you would prefer not to sit on this case?

27.     Do you have any medical conditions that would interfere with your ability to sit on the jury in this case for the duration of the trial and deliberations?

28.     Have you ever been diagnosed with depression or anxiety?

29.     Has a family member ever been diagnosed with depression or anxiety?

30.     Do you have any friends or acquaintances who have been diagnosed with depression or anxiety?

31.     Have you ever consulted a psychiatrist, psychologist, or therapist?

32.     Do you have a family member who has consulted a psychiatrist, psychologist, or therapist?

33.     If the Court gives you an instruction about the law that you disagree with, can you set aside your personal views about what the law should be and follow the Court's instruction?

34.     In this case, the Court has already determined that the Constitution's Due Process Clause normally requires advance notice and some kind of hearing before a student at a state university may be expelled or withdrawn, and that Defendant Zaccari denied this right to Mr. Barnes by administratively withdrawing him from VSU.

   (a)     Do you feel this Due Process right to receive some kind of advanced notice before someone may be deprived of a right or privilege, and for that person to be heard prior to the deprivation, is an important right?

5

(b)     Should a person who is deprived of that Due Process right be able to hold someone responsible?

(c)     Would money adequately compensate a person deprived of his or her Due Process rights?

(d)     Do you believe public officials should be held accountable for violating constitutional rights?

35.    How do you feel about people who sue the government?

36.    Have you, or has someone you know, been threatened with violence in the past ten years?  If so, please explain the threat and how the situation was resolved.

37.    Do you have any personal, political, philosophical, or religious reasons which would make it impossible for you to award damages to Mr. Barnes for the costs he incurred as a result of being deprived his Due Process rights, or for his mental anguish or emotional distress, if the evidence supported such an award?

38.    Do you have any personal, political, philosophical, or religious reasons which would make it impossible for you to award punitive damages for willful violation of Mr. Barnes' constitutional rights, or for reckless or callous indifference to them, if the evidence and the Court's instructions supported such an award?

39.    Is there any other matter not already addressed that you believe could affect your ability to be impartial in this case?