## PLAINTIFF'S PROPOSED VERDICT FORM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

THOMAS HAYDEN BARNES,          )
                               )
          Plaintiff,           )
                               )
-vs-                           )   Civil Action No.: 7:12-cv-89 (HL)
                               )
                               )
                               )
RONALD M. ZACCARI, *et al.*,   )
                               )
          Defendants.          )
                               )
                               )

## JURY VERDICT

### DAMAGES

1.  The Plaintiff should be awarded monetary damages to compensate him for reasonable out-of-pocket expenses caused by his expulsion from VSU.

    **Answer (Yes or No):** _____

    **Amount:** $ _____

2.  The Plaintiff should be awarded damages to compensate him for embarrassment, humiliation, emotional pain, and mental anguish caused by his expulsion from VSU.

    **Answer (Yes or No):** _____

    **Amount:** $ _____

3. The Plaintiff should be awarded punitive damages to punish Defendant for the deliberate violation of Plaintiff's rights.

**Answer (Yes or No):** _____

**Amount:** $_____

## SPECIAL INTERROGATORIES

1. Do you find that the Defendant faced an emergency requiring expulsion of Plaintiff from Valdosta State University without notice or hearing?

**Answer (Yes or No):** _____

2. Or, do you find that the Defendant callously disregarded the Plaintiff's Constitutional rights to notice and a hearing before expelling him from Valdosta State University?

**Answer (Yes or No):** _____

**SO SAY WE ALL.**

_____
**Foreperson**

**DATED:**

DWT 20392123v2 0050062-082088