IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RONALD M. ZACCARI, )<br>)<br>Defendant. ) | Civil Action No.<br><br><u>7:12-CV-89 (HL)</u> |

## DEFENDANT'S LIST OF DEPOSITIONS WHICH MAY BE USED AT TRIAL

Deposition testimony may be offered for all witnesses except Greg Lukianoff and Robert M. O'Neil.

This, the 21st day of September, 2012.

/s/ David C. Will
DAVID C. WILL, Ga. Bar No. 760150
dwill@royallaw.net

/s/ Holly Hance
HOLLY HANCE, Ga. Bar No. 153092
hhance@royallaw.net

Attorneys for Defendant

ROYAL – WILL
4799 Sugarloaf Parkway, Bldg. J
Lawrenceville, GA  30044
(770) 814-8022 Tel.
(770) 814-8360 Fax

# CERTIFICATE OF SERVICE

This is to certify that I have, this 21st day of September, 2012, served a true and correct copy of the within and foregoing ***DEFENDANT'S LIST OF DEPOSITIONS WHICH MAY BE USED AT TRIAL*** upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed to:

**Robert Corn-Revere**
**Lisa Beth Zycherman**
**Erin Reid**
Davis Wright Tremaine, LLP
Suite 800
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Cary Stephen Wiggins**
Cook Youngelson & Wiggins
260 Peachtree Street, NW
Suite 401
Atlanta, GA 30303

/s/ David C. Will
DAVID C. WILL, Ga. Bar No. 760150
dwill@royallaw.net

/s/ Holly Hance
HOLLY HANCE, Ga. Bar No. 153092
hhance@royallaw.net

Attorneys for Defendant

ROYAL – WILL
4799 Sugarloaf Parkway, Bldg. J
Lawrenceville, GA  30044
(770) 814-8022 Tel.
(770) 814-8360 Fax