# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 7:12-CV-89 (HL) |
| RONALD M. ZACCARI, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S OBJECTIONS TO DEPOSITION TESTIMONY

Should it be offered in evidence, the Defendant objects to the following deposition testimony being presented to the jury:

## KELLY BURKE:

| | |
|---|---|
| p. 31, line 22 – p. 32, line 8 | Irrelevant (402) |
| p. 52, line 19 -- p. 53, line 16 | Irrelevant (402) |
| p. 61, line 18 -- p. 63, line 16 | Irrelevant (402), Unfair prejudice (403) |
| p. 64 line 5 -- p. 66, line 5 | Irrelevant (402), Speculative |
| p. 71, line 19 -- p. 72, line 16 | Irrelevant (402), Speculative, Hearsay |
| p. 75, line 9 -- p. 77, line 11 | Irrelevant (402), Speculative, Hearsay |
| p. 91, line 2 -- p. 94, line 13 | Irrelevant (402), Unfair prejudice (403), Speculative |

| | |
|---|---|
| p. 99, line 14 -- p. 142, line 5 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion |

**ANN FARMER:**

| | |
|---|---|
| p. 66, line 7 -- p. 69, line 20 | Irrelevant (402), Unfair prejudice (403) |
| p. 79, line 4 -- p. 81, line 10 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion |
| p. 86, line 11-- p. 90, line 14 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion |
| p. 94, line 7-- p. 102, line 25 | Irrelevant (402), Unfair prejudice (403), Speculative |

**LEAH MCMILLAN:**

| | |
|---|---|
| p. 21, line 23 -- p. 22, line 21 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion |
| p. 23, line 12 -- line 20 | Irrelevant (402), Unfair prejudice (403) |
| p. 26, line 21 --27, line 9 | Irrelevant (402), Unfair prejudice (403), Speculative, Overly broad |
| p. 28, line 12 -- line 15 | Irrelevant (402), Unfair prejudice (403), Speculative |
| p. 29, line 24 -- p. 33, line 20 | Irrelevant (402), Unfair prejudice (403), Speculative, Privileged (501) |

2

| | |
|---|---|
| p. 34, line 10 -- p. 35, line 3 | Irrelevant (402), Unfair prejudice (403), Speculative |
| p. 37, line 15 -- p. 38, line 21 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion |
| p. 42, line 9 -- p. 45, line 5 | Irrelevant (402), Unfair prejudice (403), Speculative |
| p. 45 line 15 -- p. 47, line 16 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion |
| p. 48, line 21 -- p. 60, line 1 | Irrelevant (402), Unfair prejudice (403) |
| p. 62, line 1 -- line 21 | Irrelevant (402), Unfair prejudice (403) |
| p. 69, line 12 -- p. 86, line 5 | Irrelevant (402), Unfair prejudice (403), Speculative |
| p. 92, line 23 -- p. 93, line 14 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion |
| p. 118, line 2 -- line 9 | Irrelevant (402), Unfair prejudice (403), Argumentative, Speculative, Seeks improper Opinion |
| p. 119, line 12 -- p. 121, line 24 | Irrelevant (402) |
| p. 127, line 14 -- p. 129, line 15 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion |

| | |
|---|---|
| p. 134, line 24 -- p. 135, line 20 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion |
| p. 136, line 12 -- line 24 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion |
| p. 153, line 4 -- p. 154, line 11 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion |
| p. 155, line 8 -- p 159, line 19 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion, Lacks personal knowledge |
| p. 162, line 7 -- p. 164, line 6 | Irrelevant (402), Speculative, Seeks improper opinion, Argumentative |
| p. 166, line 5 -- p. 168, line 20 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion, Argumentative |
| p. 185, line 5 -- p. 191, line 4 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion |

**VICTOR MORGAN:**

| | |
|---|---|
| p. 42, line 1 -- p. 43, line 19 | Irrelevant (402), Unfair prejudice (403), Speculative |

| | |
|---|---|
| p. 44, line 20 -- p. 51, line 10 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion, Overly broad |
| p. 67, line 13 -- p. 71, line 16 | Irrelevant (402), Unfair prejudice (403), Speculative, Seeks improper opinion |

**BETSEY NEELY:**

| | |
|---|---|
| p. 59, line 1 -- p. 80, line 8 | Irrelevant (402), Unfair prejudice (403), Speculative |

**KIMBERLY TANNER:**

| | |
|---|---|
| p. 28, line 8 -- line 15 | Irrelevant (402), Seeks improper opinion |
| p. 35, line 16 -- p. 36, line 7 | Irrelevant (402), Speculative |
| p. 41, line 1 -- p. 44, line 22 | Irrelevant (402) |
| p. 50, line 7 -- p. 66, line 17 | Irrelevant (402), Speculative |

**LAVERNE GASKINS:**

| | |
|---|---|
| p. 31, line 8 -- p. 38, line 4 | Irrelevant (402), Speculative, Seeks improper opinion, Overly broad, Argumentative |
| p. 60, line 16-- p. 61 line 10 | Speculation, Irrelevant (402) |
| p. 83, line 10 -- line 18 | Ambiguous question, Irrelevant (402), Seeks improper opinion |

| | |
|---|---|
| p. 98, line 4 -- p. 100, line 9 | Seeks improper opinion, Speculative, Argumentative |
| p. 108, line 14 -- line 19 | Irrelevant (402), Unfair Prejudice (403), Argumentative, Speculative |
| p. 115, line 10 -- p. 116, line 24 | Irrelevant (402), Speculative |
| p. 118, line 17 -- p. 122, line 25 | Irrelevant (402), Lacks personal knowledge (602), Seeks improper opinion, Speculative |
| p. 124, line 25 -- p. 130, line 9 | Irrelevant (402), Speculative, Lacks personal knowledge (602), Seeks improper opinion, Unfair prejudice (403) |
| p. 133, line 5 -- line 17 | Irrelevant (402), Unfair prejudice (403), Speculative |
| p. 134, line 14 -- line 25 | Irrelevant (402), Unfair prejudice (403) |
| p. 135, line 17 -- p. 136, line 8 | Irrelevant (402), Unfair prejudice (403), Privileged (501) |
| p. 158, line 5 -- line 21 | Irrelevant (402), Unfair prejudice (403), Speculative |

**RUSS MAST:**

| | |
|---|---|
| p. 8, line 12 -- p. 24, line 12 | Irrelevant (402), Unfair prejudice (403), Seeks improper opinion |

| | |
|---|---|
| p. 46, line 18 -- p. 50, line 7 | Irrelevant (402), Unfair prejudice (403), Seeks improper opinion, Lacks personal Knowledge (602) |
| p. 52, line 1 -- p. 56, line 5 | Seeks improper opinion, Lacks personal knowledge (602), Speculative, Argumentative |
| p. 60, line 15 -- p. 62, line 21 | Irrelevant (402), Speculative, Unfair prejudice (403) |

**KURT KEPPLER:** Defendant seeks to exclude the entire deposition transcript of Kurt Keppler because the improper testimony is too numerous to exclude on a piecemeal basis and including any portion thereof would be more prejudicial than probative. The entire transcript is objectionable for the following specific reasons:

1. The Deponent testified without sufficient personal knowledge.

2. The Deponent testified based on speculation.

3. The Deponent gave improper opinions.

4. The deposing attorney asked questions, and received testimony from the Deponent, on issues which have already been decided by the court and which are foreclosed from the jury's decision.

5. The Deponent gave non-responsive answers.

6. The transcript is filled with hypothetical circumstances resulting in the Deponent engaging in colloquy producing testimony that is improper on the bases listed above.

7. The transcript is filled with colloquy between counsel.

**RONALD ZACCARI:**

| | |
|---|---|
| p. 14, line 14 -- p. 38, line 9 | Irrelevant (402), Unfair prejudice (403) |
| p. 81, line 5 -- p.84, line 15 | Irrelevant (402), Unfair prejudice (403), Speculative, Overly Broad |
| p. 96, line3 -- p.97, line 11 | Irrelevant (402), Unfair prejudice (403), Speculative, Colloquy, Argumentative |
| p. 98, line 3 -- line 23 | Irrelevant (402), Unfair prejudice (403), Speculative, Colloquy |
| p. 151, line 20 -- p. 153, line 7 | Irrelevant (402), Unfair prejudice (403), Argumentative, Overly Broad, Colloquy |
| p. 157, line 2 -- line 7 | Irrelevant (402), Unfair prejudice (403), Speculative |
| p. 197, line 15 -- p. 200, line 5 | Irrelevant (402), Unfair prejudice (403) |
| p. 260, line 1 -- p. 261, line 25 | Irrelevant (402) |

**MATTHEW W. NORMAN, M.D. :**

| | |
|---|---|
| p. 13, line 11-- p. 14, line 14 | Irrelevant (402), Unfair prejudice (403) |

8

| Location | Objection |
|---|---|
| p. 14, line 14 -- p. 16, line 14 | Irrelevant (402) |
| p. 22, line 18 -- p. 24, line 15 | Irrelevant (402), Colloquy |
| p. 24, line 16 -- p. 30, line 9 | Hearsay (802), Overly broad, Compound Question, Lacks personal knowledge 602, Irrelevant (402) |
| p. 34, line 21-- 25 | Irrelevant (402), Unfair prejudice (403) |
| p. 46, line 23 -- p. 47, line 5 | Colloquy, Irrelevant (402), Unfair prejudice (403), Argumentative |
| p. 58, line 14 -- p. 59, line 8 | Overly broad, Speculation, Lacks personal knowledge (602), Seeks improper opinion |
| p. 61, line 9 -- p. 63, line 18 | Argumentative, Lacks personal knowledge (602), Irrelevant (402), Seeks improper opinion, Unfair prejudice (403) |
| p. 63, line 19 -- p. 68, line 2 | Irrelevant (402), Lacks personal knowledge (602), Colloquy, Speculation |
| p. 78, line 10 -- p. 81, line 7 | Colloquy, Argumentative, Speculation, Ambiguous question, Compound question, Irrelevant (402) |
| p. 86, line 10 -- p. 91, line 3 | Irrelevant (402) |

| | |
|---|---|
| p. 94, line 16 -- p. 95, line 4 | Irrelevant (402), Argumentative, Seeks improper opinion |
| p. 97, line 8 -- p. 98, line 23 | Argumentative, Colloquy, Compound question, Ambiguous Question |
| p. 101, line 12 -- p. 106, line 14 | Colloquy, Seeks improper opinion, Overly broad, Speculation, Argumentative, Compound question, Ambiguous question |
| p. 106, line 15 -- p. 122, line 19 | Irrelevant (402), Speculation, Lacks personal knowledge (602), Colloquy |
| p. 130, line 8 -- p. 134, line 20 | Irrelevant (402), Speculation, Argumentative, Ambiguous question |
| p. 135, line 17 -- p. 136, line 6 | Irrelevant (402), Colloquy, Argumentative, Ambiguous question, Speculation, Seeks improper opinion |
| p. 139, line 22 -- p. 140, line 1 | Irrelevant (402), Unfair prejudice (403), Argumentative, Seeks improper opinion, Speculation, Colloquy |
| p. 140, line 9 -- line 16 | Colloquy, Argumentative |
| p. 143, line 6 -- p. 144, line 4 | Seeks improper opinion, Lacks personal knowledge (602) |

| | |
|---|---|
| p. 147, line 8 -- line 25 | Colloquy, Argumentative |
| p. 148, line 8 -- p. 149, line 11 | Colloquy |
| p. 153, line 11 -- p. 155, line 2 | Irrelevant (402) |
| p. 195, line 13 -- line 25 | Irrelevant (402), Colloquy |
| p. 215, line 1 -- p. 232, line 2 | Irrelevant (402), Argumentative, Seeks improper opinion, Overly broad, Colloquy |
| p. 233, line 17 -- p. 234, line 12 | Argumentative, Colloquy |
| p. 259, line 20 -- p. 260, line 11 | Irrelevant (402), Compound question, Ambiguous question, Assumes facts not in evidence, Argumentative, Speculation, Seeks improper opinion, Overly broad, Colloquy |
| p. 283, line 13 -- p. 293, line 13 | Irrelevant (402) |

To the extent not otherwise included in the above-designated portions, the Defendant also objects to any portions of deposition testimony being read to the jury that involve areas of inquiry that may be excluded by the Court's ruling on the Defendant's Motion in Limine and to colloquy of counsel.

This, the 21st day of September, 2012.

/s/ David C. Will
DAVID C. WILL, Ga. Bar No. 760150
dwill@royallaw.net

/s/ Holly Hance
HOLLY HANCE, Ga. Bar No. 153092
hhance@royallaw.net

Attorneys for Defendant

ROYAL – WILL
4799 Sugarloaf Parkway, Bldg. J
Lawrenceville, GA  30044
(770) 814-8022 Tel.
(770) 814-8360 Fax

## CERTIFICATE OF SERVICE

This is to certify that I have, this 21st day of September, 2012, served a true and correct copy of the within and foregoing ***DEFENDANT'S OBJECTIONS TO DEPOSITION TESTIMONY*** upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed to:

**Robert Corn-Revere**
**Lisa Beth Zycherman**
**Erin Reid**
Davis Wright Tremaine, LLP
Suite 800
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Cary Stephen Wiggins**
Cook Youngelson & Wiggins
260 Peachtree Street, NW
Suite 401
Atlanta, GA 30303

/s/ David C. Will
DAVID C. WILL, Ga. Bar No. 760150
dwill@royallaw.net

/s/ Holly Hance
HOLLY HANCE, Ga. Bar No. 153092
hhance@royallaw.net

Attorneys for Defendant

ROYAL – WILL
4799 Sugarloaf Parkway, Bldg. J
Lawrenceville, GA  30044
(770) 814-8022 Tel.
(770) 814-8360 Fax