# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 7:12-CV-89 (HL) |
| RONALD M. ZACCARI, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S PROPOSED VERDICT FORM

## VERDICT

YOUR VERDICT MUST BE UNANIMOUS.

1. Do you find from a preponderance of the evidence that Dr. Zaccari reasonably believed that Hayden Barnes was a threat to him or was a threat to campus safety?

   Yes _____      No _____     (Check one.)

2. Do you find from a preponderance of the evidence that Dr. Zaccari reasonably believed that the situation presented by Hayden Barnes was an emergency situation?

   Yes _____      No _____     (Check one.)

1

3. Do you find from a preponderance of the evidence that the hearing provided to Hayden Barnes after the administrative withdrawal was adequate under the circumstances to provide procedural due process to Hayden Barnes?

Yes _____        No _____    (Check one.)

    If you find Yes, then proceed to question number 7 below.

    If you find No, then proceed to question number 4 below.

4. Do you find from a preponderance of the evidence that Dr. Zaccari intentionally deprived Hayden Barnes procedural due process by not giving him a hearing before the administrative withdrawal?

Yes _____        No _____    (Check one.)

    If you find Yes, then proceed to question number 5 below.

    If you find No, then proceed to question number 7 below.

5. Do you find from a preponderance of the evidence that Hayden Barnes was damaged as a result of being deprived of procedural due process?

Yes _____        No _____    (Check one.)

    If yes, what amount of compensatory damages has he proven?

$_____

    -OR-

      If you find that he was damaged, but did not suffer or prove compensatory damages, you should award nominal damages in the amount of $1.00 to Mr. Barnes.  _____$1.00   (Check here as applicable.)

6. If you have determined that Dr. Zaccari deprived Hayden Barnes of procedural due process, do you find that Dr. Zaccari acted with malice towards Hayden Barnes, or with reckless indifference to his rights so as to justify punitive damages assessed against Dr. Zaccari?

   Yes _____   No _____   (Check one.)

       If yes, what amount of punitive damages do you award? $_____

       If you award punitive damages, do not proceed to question 7 below.

7. We the jury find for the defendant \_\_\_\_\_   (Check here if applicable)

   This, the 21st day of September, 2012.

                                     /s/ David C. Will
                                     DAVID C. WILL, Ga. Bar No. 760150
                                     dwill@royallaw.net

                                     /s/ Holly Hance
                                     HOLLY HANCE, Ga. Bar No. 153092
                                     hhance@royallaw.net

                                     Attorneys for Defendant

ROYAL – WILL
4799 Sugarloaf Parkway, Bldg. J
Lawrenceville, GA  30044
(770) 814-8022 Tel.
(770) 814-8360 Fax

## CERTIFICATE OF SERVICE

This is to certify that I have, this 21st day of September, 2012, served a true and correct copy of the within and foregoing *DEFENDANT'S PROPOSED VERDICT FORM* upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed to:

**Robert Corn-Revere**
**Lisa Beth Zycherman**
**Erin Reid**
Davis Wright Tremaine, LLP
Suite 800
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Cary Stephen Wiggins**
Cook Youngelson & Wiggins
260 Peachtree Street, NW
Suite 401
Atlanta, GA 30303

/s/ David C. Will
DAVID C. WILL, Ga. Bar No. 760150
dwill@royallaw.net

/s/ Holly Hance
HOLLY HANCE, Ga. Bar No. 153092
hhance@royallaw.net

Attorneys for Defendant

ROYAL – WILL
4799 Sugarloaf Parkway, Bldg. J
Lawrenceville, GA  30044
(770) 814-8022 Tel.
(770) 814-8360 Fax