

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION
# AT MACON, GEORGIA

## MINUTE SHEET OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | September 26, 2012 | Type of Hearing: | Telephone Conference |
| Judge: | Hugh Lawson | Court Reporter: | Sally Gray |
| Courtroom Deputy: | | Law Clerk: | Bowen Reichert |
| | | **Case Number:** | **7:12-CV-89** |

| | | |
|---|---|---|
| Thomas Hayden Barnes | Counsel: | Cary S. Wiggins<br>Robert Corn-Revere<br>Erin Reid |
| V | | |
| Ronald M. Zaccari | Counsel: | David Will<br>Holly Hance |

Agents/Experts in Attendance:

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 16 minutes**

The Court informed counsel that the case would not be tried in October due to the number of cases on the trial calendar. The pretrial conference scheduled for October 2, 2012 is cancelled. The pretrial conference will be held in Macon on November 19, 2012, and the trial will be specially set in Valdosta the week of December 3, 2012. All pretrial deadlines outlined in the Court's pretrial order remain the same.

The parties went through their witness lists and informed the Court of which witnesses were expected to testify live at trial.

Defense counsel raised an issue with regard to subpoenas served on Plaintiff's mental health provider and his current law school, the Baltimore School of Law. The Court ordered that updated mental health records be produced, as well as the law school records. Counsel for Plaintiff has until October 12, 2012 to produce the records to defense counsel.

Formal order to follow.