### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

**THOMAS HAYDEN BARNES,**

    Plaintiff,

    v.      Civil Action No. 7:12-cv-89 (HL)

**RONALD M. ZACCARI,** *et al.,*

    Defendants.

### ORDER

**NOTE**: THIS ORDER AMENDS THE TRIAL DATE STATED BY THE COURT DURING THE TELEPHONE CONFERENCE CALL. IF THE DATE PRESENTS AN IRRECONCILABLE CONFLICT, PLEASE NOTIFY THE COURT BY OCTOBER 3, 2012.

On September 26, 2012, the Court held a telephone conference call with counsel for Plaintiff and Defendants. The primary reason for the call was to remove this case from the October trial calendar and specially set the case for trial at a later date. The amended date for the pretrial conference is November 19, 2012. The conference will be held in Macon, Georgia. The amended start date for the trial term is December 10, 2012, and the trial will be held in Valdosta, Georgia. The deadlines for all pretrial motions shall remain the same.

While on the conference call, it came to the Court's attention that there was an issue regarding Plaintiff's objections to subpoenas issued by Defendants

for Plaintiff Barnes' recent medical records and law school records. After hearing arguments from the parties, the Court overruled the objections to the subpoenas. Though the evidence may not be appropriate for admission at trial, it is permissible for Defendants to review these records prior to trial. Plaintiff's counsel agreed to produce these records on or before October 12, 2012. If the information cannot be produced by this date, Plaintiff is ordered to inform the Court and explain the reason for the delay.

**SO ORDERED**, this 28th day of September, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr