IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

THOMAS HAYDEN BARNES,                    *
                                         *
Plaintiff,                               *
                                         *
-vs-                                     *
                                         *        Case No. 7:12-cv-00089-HL
RONALD M. ZACCARI, *et al.*,             *
                                         *
Defendants.                              *
                                         *

**PLAINTIFF'S REPLY IN SUPPORT OF MOTIONS TO STRIKE**

Plaintiff Thomas Hayden Barnes ("Barnes") hereby replies in support of his motions to strike Defendant's untimely and improper filings.  [Dkt. #330, 333].

<u>First</u>, Defendant's explanation for why he untimely filed Proposed Special Interrogatories to the Jury more than a week past the Court's deadline is both implausible and insufficient. Defendant's counsel blames "previously scheduled conflicts," "their assistants," and the "courtroom deputy" for their untimely delay in filing the proposed interrogatories.  This litany of "the dog ate my homework" excuses is legally insufficient.  *Williams v. Packaging Corp. of Am.*, 2009 WL 2222840, *1 (M.D. Ga. 2009) (ruling on sanctions for failure to respond to motions, to follow the Court's orders, or to update contact information); *Allen v. Dockery*, 2008 WL 926674 *2 (M.D. Ga. 2008) (a claimed "breakdown in communication and organization . . . sadly sounds like the proverbial and desperate 'dog ate my homework' defense").  *See also Watson v. Trevino*, 2007 WL 674654 *2 (E.D. Mich. 2007) (supplemental brief struck despite "'the dog ate my homework' excuse").  However, without regard to any argument about timeliness, the proposed interrogatories misconstrue the issues presented and ask the jury in some questions to decide issues of law.  In that regard, the filing is part of a larger problem with how the Defendant views

the case, and Plaintiff is prepared to address the deficiencies of Defendant's proposed interrogatories in greater detail at the pretrial conference.

Second, Defendant's claim that his improper and untimely briefing – three briefs to date [Dkt. # 327, 331, 332] – should be heard by the Court falls flat.  Defendant disregards the Court's Pretrial Order to argue, without support, that the local rules supersede the Court's pretrial briefing schedule and, alternatively, that he should be allowed to file additional briefing because until the pretrial conference is rescheduled "there is no definite forum for voicing Defendant's responses and replies to the pending motions and objections."  [Dkt. # 334 at 3].  No explanation offered by Defendant justifies filing unauthorized briefs.  All necessary briefing was anticipated and provided for by this Court's pretrial order.   [Dkt. #289].  Defendant's attempt to file unauthorized briefing will not assist the court because the briefs merely reiterate the same arguments Defendant made in his motion *in limine* and in response to the motions *in limine* filed by Plaintiff.  A desire to have the last word is not a legal justification for an unauthorized filing.

Accordingly, Plaintiff respectfully requests that this Court grant his two motions and strike Defendant's improper briefs.

Dated November 8, 2012

Respectfully submitted,

*/s/ Robert Corn-Revere*
Robert Corn-Revere
Lisa Beth Zycherman
Erin Nedenia Reid
Admitted *Pro Hac Vice*
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W.
Ste. 800
Washington, DC 20006
202-973-4200
Email: bobcornrevere@dwt.com

**_/s/ Cary Stephen Wiggins_**
Cary Stephen Wiggins
Georgia Bar No. 757657
The Wiggins Law Group
260 Peachtree Street, NW
Suite 401
Atlanta, GA 30303
404-659-2880
Email: cary@cywlaw.com

**_/s/ Darl Hilton Champion, Jr._**
Darl Hilton Champion, Jr.
Georgia Bar No. 91007
Warshauer Law Group, P.C.
3500 Riverwood Parkway
Suite 2000
Atlanta, GA 30339
404-892-4900

Email: dhc@warlawgroup.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2012 I electronically filed the foregoing Reply In Support of Motions to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Robert Corn-Revere*
Robert Corn-Revere
Admitted *Pro Hac Vice*
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W., Ste. 800
Washington, DC 20006
202-973-4200
Email: bobcornrevere@dwt.com