IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**THOMAS HAYDEN BARNES,**

    Plaintiff,

    v.                        Civil Action No. 7:12-cv-89 (HL)

**RONALD M. ZACCARI,**

    Defendant.

    The parties held a telephone conference call with the Court on Friday, December 21, 2012. During that call, the Court expressed its interest in the deposition objections filed by both parties. The Court ordered the parties to meet in person to discuss the possibility of resolving these objections prior to the pretrial conference. The Court also requested that during this meeting the parties make a good faith effort to reach a settlement.

    The Court imposed a January 7, 2013 deadline for this meeting. On or before January 7, the parties are ordered to contact the Court by telephone or letter to inform the Court of the result of the discussion.

    **SO ORDERED**, this 21st day of December, 2012.

                                    */s/ Hugh Lawson*
                                    **HUGH LAWSON, SENIOR JUDGE**

ebr