

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION
# AT VALDOSTA, GEORGIA

## MINUTE SHEET
## OF COURT PROCEEDINGS

| | | |
|---|---|---|
| Date:  January 15, 2013 | Type of Hearing: | Pretrial Conference |
| Judge:  Hugh Lawson | Court Reporter: | Sally Gray |
| Courtroom Deputy:  Nora Paul | Law Clerk: | Bowen Reichert |

**Case Number:  7:12-cv-89-HL**

| | | |
|---|---|---|
| Thomas Hayden Barnes | Counsel: | Cary Wiggins<br>Robert Corn-Revere<br>Darl Champion |
| V | | |
| Ronald M. Zaccari, et al | Counsel: | David Will<br>Holly Hance |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR = 4 hrs**

9:23 am - Opening remarks by the Court.

9:26 am - The Court addresses the parties re: unresolved issues (1) damages, (2) qualified immunity, and (3) punitive damages.  NDGA granted summary judgment as to liability.

9:28 am - The parties address the NDGA judgment as to liability.

9:29 am - The Court inquires as to settlement negotiations.  No settlement.  There are substantial attorney fees.  The Deft is only authorized to offer up to $5000.

9:35 am - The parties meet outside the courtroom to discuss settlement.

9:37 am - The parties return to the courtroom.  Settlement cannot be reached and the parties wish to proceed to trial.

9:38 am - Discussions on Pltf's Pending Motions.  Motion for Attorneys Fees Based Upon Discovery Sanctions.  The Court will hear this motion at a later time.

9:39 am - Motions in Limine.  Pltf's therapy records and emotional history.  "After Acquired" evidence and smear campaign.  The Court will wait until trial to address which records will be allowed.

10:06 am - Previous parties/claims.  Leading hostile witnesses during trial.  The Court will not rule any witness is hostile.

10:11 am - Exclude expert testimony of Dr. Matthew Norman.  Pltf claims Dr. Norman's testimony is speculative.  Deft will use Dr. Norman's testimony on rebuttal.  Pltf has moved to have Dr. Norman disqualified as to Daubert.  Deft outlines that Dr. Norman will testify as to Pltf's dangerousness factor.

10:36 am - Statement of Undisputed Material Facts.  Motion denied.

10:40 am - Permit Expert Rebuttal Testimony of Professor Robert O'Neil.

10:44 am - Discussions re: Deft's Motion in Limine.  Communications Board Meeting.  Online photo-shopped photos of Dr. Zaccari and fear for his life.  Spectator, Chronicles of Higher Education, and New York Times articles.  Qualified immunity defense.  Adjudicated claims thru summary judgment.  Confidentiality Act.  Damages on due process claim.  Evidence on punitive damages.  Violations or allegations of violations by Deft (numbers 4-8 of doc #308) will not be tendered by Pltf.  Motion granted as to 4-8.  Pltf seeks damages on out-of-pocket expenses, emotional anguish and punitive damages of approximately $35,000.

11:22 am - Recess.

11:37 am - Reconvene.  The Court has considered all pending motions.  Not all motions will be ruled on prior to trial.

11:38 am - Pltf's witness list.  Deft objects to Professor O'Neil as previously stated.

11:39 am - Deft's witness list.  Pltf objects to six witness as not having been previously disclosed, Tom Hardy, Jonathan Strobel, Jimmy Fields, Melinda Cutchens, John Eunice and Jim Black.  Melinda Cutchens will be allowed to testify. Other witnesses will be determined at trial.

11:57 am - Pltf's Motions to Strike Deft's special interrogatories to the jury.  Deft's objections to Pltf's trial exhibits.  Will be determined at trial.

12:00 pm - Recess for lunch.

1:30 pm - Reconvene.  Objections to depositions.  The parties have settled most of their deposition objections except as to Dr. Kurt Keppler.

1:34 pm - Pltf's list of depositions to be used at trial.  Dr. Kurt Keppler is the only deposition that will be used at trial.  Deft objects.  The Court will rule on the objection after this hearing is concluded.

1:36 pm - Pltf's objections to Deft's trial exhibits.  23 joint exhibits will be used.  Pltf objects to Deft exhibits:

(Pltf's medical records) 12, 13, 14, 15, 66, 67, 68, 69, 70, 71.

(Pltf's actions rendering medical aid to another student) 9, 10, 46, 47, 48, 49, 50, 51, 52, 53, 54.  Exhibit 10 is withdrawn.  No character smears will be allowed at trial.

(Pltf's school transcripts/employment records) 11, 40, 41, 42, 43, 44 (obj withdrawn), 45, 46, 47, 48, 49.  Exhibits can be used for impeachment.

(Random irrelevant documents) 27, 28, 29, exhibits can be used for impeachment, 30 (sustained), 56, 57 (obj withdrawn), 1 (obj withdrawn).

(Threat Assessment Task Force) 25, 74 (sustained), 63 can be used for impeachment.

2:31 pm - Deft's objections to Pltf's trial exhibits.  3 can be used for impeachment, 11 and 12 are withdrawn, 25, 26, 27 can be used for impeachment.

2:43 pm - Proposed special interrogatories on question of qualified immunity.  Pltf and Deft state objections.  The Court will not rule on any objections today.

2:54 pm - Procedural issues discussed re: cell phones, lap tops, ELMO, computers, courtroom technology.

2:55 pm - The Court will not hold a formal charge hearing.  A draft of proposed charges will be given to counsel prior to jury selection.  Verdict form discussed.  Juror questionnaires will be available in the Valdosta Clerk's Office, Tuesday, January 22.  Voir dire and jury selection discussed.

2:59 pm - Stages of Trial.  (1) Damages.  (2) Punitive Damages.  (3) Qualified Immunity.  Summaries of expert witnesses to be submitted to the Court promptly.

3:04 pm - This case is placed as the first case on the January 28 Valdosta trial term.

3:08 pm - Hearing adjourned.