IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 7:12-cv-00089-HL |
| | * | |
| RONALD M. ZACCARI, *et al.*, | * | |
| | * | |
| Defendants. | * | |

PLAINTIFF'S SUMMARY OF THE EXPERT TESTIMONY OF
PROFESSOR ROBERT M. O'NEIL

Pursuant to this Court's January 16, 2013 Order (Dkt. 339), Plaintiff T. Hayden Barnes hereby submits this brief report summarizing the proposed testimony of Professor Robert M. O'Neil. As more fully discussed in Plaintiff's Motion *in Limine* to Permit Expert Rebuttal Testimony of Professor Robert M. O'Neil (Dkt. 295), Plaintiff seeks permission to present the expert testimony by Professor O'Neil for the limited purpose of rebutting Defendant's claim that an emergency existed and that a reasonable university president would have rescinded a student's right to a pre-expulsion hearing under the facts of this case.

Pursuant to the Court's decision to trifurcate this trial, (Dkt. 339 at 5), Professor O'Neil's testimony would be presented only in response to Defendant Zaccari's testimony that he faced an extraordinary circumstance that made a pre-

deprivation hearing inappropriate.  Professor O'Neil, a former University President of the University of Virginia and the University of Wisconsin System, will provide expert testimony that will assist the jury in assessing what constitutes an emergency, and whether security concerns in University settings may require the suspension of the usual due process guarantees.

If the Defendant testifies that he faced an emergency that superseded the due process requirements set forth in the Code of Student Conduct and required by the Constitution, Professor O'Neil will be called to address what conditions may constitute an "emergency" under school disciplinary procedures, and whether the circumstances in this case justified dispensing with pre-deprivation remedies.

Professor O'Neil will review of Defendant's June 21, 2007 letter to Elizabeth Neely, Associate Vice Chancellor for Legal Affairs at the University System of Georgia (PE 22), which detailed Zaccari's rationale for expelling Mr. Barnes.  (O'Neil Expert Rep. at 6-7; O'Neil Dep. 68:13-98:21).  He will opine that his careful review of the statements and actions that President Zaccari cited as warranting the removal of Mr. Barnes from the university community fails to disclose any language that could be deemed threatening, or that would otherwise pose any actionable threat to the safety of the Valdosta State University community.  (O'Neil Expert Rep. at 6).  Professor O'Neil will explain that suggestions in President Zaccari's review of a felt need to preserve or maintain

2

order in the face of Mr. Barnes' accusations fall far short of meeting the applicable and widely accepted notions of what constitutes 'disruption' to the affairs and educational mission of a college or university. (*Id.* at 7). Professor O'Neil will conclude that Defendant's actions that are the subject of this lawsuit were, in his expert opinion, far beyond the accepted range of response necessary to address this perceived emergency. (*Id.* at 8). In addition, Professor O'Neil will describe what actions a university president might follow to serve the interests both of campus security and due process when confronted with claims of an emergency.

Professor O'Neil's careful analysis of Defendant's June 21, 2007 letter, along with his review of the applicable VSU and Board of Regents policies, and his decades of experience as a senior administration official at several public universities, render his opinion highly relevant to rebut testimony that an emergency reasonably required the suspension of pre-deprivation remedies to the Plaintiff.

Dated: January 18, 2013

                                       Respectfully submitted,

                                       __/s/Robert Corn-Revere_____
                                       Robert Corn-Revere
                                       Lisa Beth Zycherman
                                       Erin Nedenia Reid
                                       Davis Wright Tremaine LLP
                                       1919 Pennsylvania Avenue, N.W.
                                       Suite 800
                                       Washington, DC  20006-3401

bobcornrevere@dwt.com
lisazycherman@dwt.com
erinreid@dwt.com
(202) 973-4200


Cary Wiggins
Georgia Bar #757657
Wiggins Law Group
260 Peachtree Street, N.W.
Suite 401
Atlanta, GA  30303
cary@cywlaw.com
(404) 659-2880

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2013, I electronically filed the foregoing Plaintiff's Summary of the Expert Testimony of Professor Robert M. O'Neil with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    __/s/Robert Corn-Revere_____
Robert Corn-Revere
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC  20006-3401
bobcornrevere@dwt.com