IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 7:12-CV-89 (HL) |
| RONALD M. ZACCARI, ) | |
| ) | |
| Defendant. ) | |

### VOIR DIRE QUESTIONS TO BE PROPOUNDED BY THE COURT

COME NOW the Plaintiff and Defendant, and jointly request the Court to propound the following questions to the prospective jurors:

1.

Do you have any medical conditions that would interfere with your ability to sit on the jury in this case for the duration of the trial and deliberations?

2.

Have you ever been diagnosed with depression or anxiety?

3.

Has a family member ever been diagnosed with depression or anxiety?

1

4.

Do you have any friends or acquaintances who have been diagnosed with depression or anxiety?

5.

Have you ever consulted a psychiatrist, psychologist, or therapist?

6.

Do you have a family member who has consulted a psychiatrist, psychologist, or therapist?

7.

Are any of you, or any member of your family currently receiving treatment from a mental health professional?

8.

Have any of you, or your immediate family, or a close friend ever been seen by Laverne Gaskins, when she was practicing as a mental health professional?

9.

Have any of you, or your immediate family, or a close friend ever been seen by Leah McMillan, a mental health professional?

10.

Have any of you, or your immediate family, or a close friend ever been seen by Dr. Kevin Winders, a mental health professional?

11.

Have any of you, or your immediate family, or a close friend ever been seen by Dr. Matthew Norman, a mental health professional?

Respectfully submitted this 22nd day of January, 2013.

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| /s/ Robert Corn-Revere | /s/ David C. Will |
| ROBERT CORN-REVERE | DAVID C. WILL |
| Admitted *Pro Hac Vice* | Ga. Bar No. 760150 |
| bobcornrevere@dwt.com | dwill@royallaw.net |
| Davis Wright Tremaine, LLP | |
| 1919 Pennsylvania Avenue, NW, Ste. 200 | /s/ Holly Hance |
| Washington, DC  20006 | HOLLY HANCE |
| (202) 973-4200 Tel. | Ga. Bar No. 757657 |
| | hhance@royallaw.net |
| /s/ Cary S. Wiggins | |
| CARY WIGGINS | ROYAL - WILL |
| Ga. Bar No. 153092 | 4799 Sugarloaf Parkway |
| cary@wigginslawgroup.com | Building J |
| Wiggins Law Group | Lawrenceville, Georgia  30044 |
| 260 Peachtree St., NW, Suite 401 | (770) 814-8022 Tel. |
| Atlanta, Georgia  30303 | (770) 814-8360 Fax |
| (404) 659-2880 Tel. | |