# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**THOMAS HAYDEN BARNES,**

    Plaintiff,

v.

**RONALD ZACCARI,**

    Defendant.

Civil Action 7:12-cv-89 (HL)

## ORDER

The parties are ordered to submit proposed jury instructions relevant to the issue of qualified immunity. The parties should confer to determine if any instructions can be agreed upon. Submissions are due Monday, January 28, 2013.

**SO ORDERED**, this 24th day of January, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr