# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 7:12-CV-89 (HL) |
| RONALD M. ZACCARI, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S REQUEST TO SEAL

Subsequent to the summary of expert testimony of Dr. Matthew Norman being filed with the Court, Plaintiff's counsel requested of Defendant's counsel that the document be filed under seal. The Defendant does not object to the request, and requests that the Court direct the Clerk to seal the document and maintain it under seal.

This 24th day of January, 2013.

                                                      s/ David C. Will
                                                      DAVID C. WILL
                                                      Georgia Bar No. 760150
                                                      dwill@royallaw.net
                                                      Attorney for Defendant

ROYAL – WILL
4799 Sugarloaf Pkwy., Building J
Lawrenceville, GA  30044
(770) 814-8022 Tel. / (770) 814-8360 Fax.

# CERTIFICATE OF SERVICE

This is to certify that I have, this 24th day of January, 2013, served a true and correct copy of the within and foregoing *DEFENDANT'S REQUEST TO SEAL* upon all counsel of record by e-filing the same through the Court's electronic filing system, which will automatically serve a copy of the same to:

**Robert Corn-Revere**
**Lisa Beth Zycherman**
**Erin Reid**
Davis Wright Tremaine, LLP
Suite 800
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006


**Cary Stephen Wiggins**
Cook Youngelson & Wiggins
260 Peachtree Street, NW
Suite 401
Atlanta, GA 30303


S/ David C. Will
DAVID C. WILL
Georgia Bar No. 760150
dwill@royallaw.net

Attorney for Defendant

ROYAL – WILL
4799 Sugarloaf Pkwy., Building J
Lawrenceville, GA  30044
(770) 814-8022 Tel.
(770) 814-8360 Fax

2