# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION
## AT VALDOSTA, GEORGIA



## MINUTE SHEET
## OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date:  January 30, 2013 | | Type of Hearing: | Jury Trial, Day 3 |
| Judge:  Hugh Lawson | | Court Reporter: | Sally Gray |
| Courtroom Deputy:  Nora Paul | | Law Clerk: | Bowen Reichert |

### Case Number:  7:12-cv-89-HL

Thomas Hayden Barnes          Counsel:          Robert Corn-Revere
                                                Cary Wiggins

V

Ronald M. Zaccari, et al          Counsel:          David Will
                                                    Holly Hance

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

### Court time for JS10/MJSTAR = **6 hrs 5 mins**

8:55 am - Reconvene.  Discussion re: Exhibits D7, D4, D42; Rule 612; Barnes re-testifying; Deft's proffer of Gaskins' testimony re: opinion of what Pltf was thinking; qualified immunity; Deft's proffer of McMillan's testimony re: Pltf's therapy notes, mental state and thoughts; Questions the Court has disallowed; Deft's proffer of Winders testimony re: drugs that Barnes was prescribed, mental function after admin withdrawal.  The Court admits Exhibits D7, D4 and D42 as to proffer only-exhibits will not go to the jury.

9:28 am - Jury enters courtroom.  Continuation of cross-examination of Ronald Zaccari.

10:31 am - Jury returns to jury room.

10:32 am - Recess.

10:45 am - Reconvene.

10:47 am - Jury enters courtroom.  Continuation of cross-examination of Ronald Zaccari.

11:15 am - Redirect of Ronald Zaccari.

11:17 am - Re-cross of Ronald Zaccari.

11:18 am - Deft calls second witness, Kimberly Tanner.

11:36 am - Cross-examination of Kimberly Tanner.

11:43 am - Deft calls third witness, Thressa Boyd.

11:57 am - Jury returns to jury room.

11:58 am - The Court addresses the parties/discussion re: privileged information and emotional condition of Pltf.  Damages and proximate cause.  Joint Exhibits 3 and 4.

12:06 pm - Recess for lunch.

1:10 pm - Reconvene.

1:14 pm - Jury enters courtroom.  Continuation of direct of Thressa Boyd.

1:29 pm- Cross-examination of Thressa Boyd.

1:36 pm - Deft calls fourth witness, Elizabeth (Betsy) Neely.

2:10 pm - Cross-examination of Elizabeth Neely.

2:44 pm - Jury returns to jury room.

2:45 pm - Recess.

2:57 pm - Reconvene.  Discussion re: Redirect testimony of Ronald Zaccari, final testimony for Deft.  The Court requests proffer of Leah McMillan from Pltf.  Discussion re: Pltf's due process and damages.  McMillan will not be recalled by either party.

3:12 pm - Jury enters courtroom.

3:13 pm - Deft recalls first witness, Ronald Zaccari.

3:13 pm - Deft rests.

3:14 pm - Pltf calls first rebuttal witness, Linda Daniels.

3:21 pm - Cross-examination of Linda Daniels.

3:23 pm - Bench Conference.

3:27 pm - Pltf calls second rebuttal witness, Ann Farmer.

3:34 pm - Pltf calls third rebuttal witness, Russell Mast.

3:39 pm - Cross-examination of Russell Mast.

3:50 pm - Pltf reads portions of fourth rebuttal witness, Kurt Keppler's deposition into the record.

4:01 pm - Pltf closes.  Deft closes.

4:02 pm - The Court addresses the jury re: closing arguments tomorrow morning.  Jury returns to jury room and is dismissed for the day.

4:03 pm - Deft offers proffer re: demeanor of Ronald Zaccari as being visibly scared and shaken.

4:05 pm - Deft motions the Court for judgment as a matter of law re: compensatory damages and punitive damages.  Discussion.  Denied from the bench.  The damages case will go to the jury.

4:14 pm - Question from the jury.

4:15 pm - Question will not be answered at this time.

4:16 pm - Discussion re: jury charges and form of verdict.

4:30 pm - Hearing adjourned for the day.