IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

THOMAS HAYDEN BARNES,

    Plaintiff,

v.

RONALD ZACCARI,

    Defendant.

Civil Action 7:12-cv-89 (HL)

FILED
FEB - 1 2013
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## JURY VERDICT: DAMAGES

We, the jury, find as follows:

1. Plaintiff Barnes is entitled to:

   Compensatory damages in the amount of $ 50,000.00

   **OR**

   Nominal damages in the amount of $ _____

2. Is Mr. Barnes is entitled to punitive damages?

   _____ YES      ✓ NO

SO SAY WE ALL THIS  01  day of  Feb , 2013.

/FOREPERSON