**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| THOMAS HAYDEN BARNES, | * |
| Plaintiff | * |
| | Case Number 7:12-CV-89 (HL) |
| vs. | * |
| RONALD ZACCARI, et al., | * |
| Defendants | * |

### J U D G M E N T

Pursuant to the Orders dated December 22, 2009, September 3, 2010 and June 6, 2012 JUDGMENT is hereby entered for Defendants Valdosta State University, Board of Regents of the University System of Georgia, Laverne Gaskins, Kurt Keppler, Russ Mast, Leah McMillian and Victor Morgan.

Pursuant to the jury verdict dated February 1, 2013, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff against Defendant Ronald Zaccari in the amount of $50,000.00. The amount shall accrue interest from the date of entry of judgment at the rate of .15 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 4th day of February, 2013.

                              Gregory J. Leonard, Clerk

                              s/ Sandra B. DeCesare, Deputy Clerk

Approved by:

***s/Hugh Lawson***
Hugh Lawson
Senior United States District Judge