AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF GEORGIA ▼

| | |
|---|---|
| THOMAS HAYDEN BARNES | ) |
| v. | ) Case No.: 7:12-CV-89 (HL) |
| RONALD ZACCARI | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __02/07/2013__ against __Plaintiff Barnes__,
                                                                    Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | $ _____ |
| Fees for service of summons and subpoena ................................................ | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 9,758.24 |
| Fees and disbursements for printing ..................................................... | 87.70 |
| Fees for witnesses *(itemize on page two)* ................................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................. | _____ |
| Docket fees under 28 U.S.C. 1923 ....................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ............................................. | _____ |
| Compensation of court-appointed experts ................................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* ............................................................ | _____ |
| TOTAL | $ 9,845.94 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service         ☑ First class mail, postage prepaid
☐ Other:

s/ Attorney: _David R. Smith_

Name of Attorney: David R. Smith

For: _Laverne Gaskins_                                    Date: __02/07/2013__
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*        *Deputy Clerk*        *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## ITEMIZATION OF COSTS
Thomas Hayden Barnes v. Ronald Zaccari
United States District Court
Middle District of Georgia

Case No. 7:12-CV-89 (HL)

| | |
|---|---:|
| Deposition transcript of Laverne Gaskins (Wheeler Reporting Co.) | $ 914.06 |
| Deposition transcripts of Linda Daniels and Elizabeth Nealy (Wheeler Rep. Co.) | $ 595.94 |
| Deposition transcript of Leah McMillan (Wheeler Rep. Co.) | $ 943.50 |
| Deposition transcript of Howard Scott Doner & Ann Farmer (Wheeler Rep. Co.) | $ 562.67 |
| Deposition transcript of John F. Grotgen & Victor Morgan (Wheeler Rep. Co.) | $ 457.50 |
| Deposition transcript of Kurt J. Keppler (Wheeler Rep. Co.) | $ 743.06 |
| Deposition transcript of Russ Mast (Wheeler Rep. Co.) | $ 288.00 |
| Deposition transcript of Kimberly Tanner (Wheeler Rep. Co.) | $ 380.00 |
| Deposition transcript of Richard Lee, Sr. (Wheeler Rep. Co.) | $ 296.44 |
| Deposition transcript of Ronald Zaccari (Wheeler Rep. Co.) | $1,130.67 |
| Deposition transcript of Robert M. O'Neil (Regency-Brentano Inc.) | $ 402.95 |
| Deposition transcript of Gregory Lukianoff (Regency-Brentano Inc.) | $ 358.85 |
| Deposition transcript of Thomas Hayden Barnes (Regency-Brentano Inc.) | $ 775.10 |
| Deposition transcript of Matthew Norman | $1,014.25 |
| Deposition transcript of Kevin Winders | $ 397.00 |
| Photocopies (Pro Legal Copies) | $ 33.77 |
| Photocopies (Pro-Legal Copies) | $ 53.93 |
| TOTAL: | $9,845.94 |

DOAS | HAYDEN BARNES
3349.014

# WHEELER REPORTING CO., INC.

# Invoice

1600 Northside Drive, NW, Suite 250
Atlanta, GA 30318
Phone: 404-351-4577 Fax: 404-351-3464
Federal EIN: 58-2319094

| Date | Invoice # |
|---|---|
| 6/25/2009 | 0906-217 |

**Bill To**

Brannen, Searcy & Smith
22 East 34th Street
Savannah, Georgia 31401

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| David R. Smith | 10% Paid Under 30 | 7/25/2009 | 822.65 |

| Description | Rate | Amount |
|---|---|---|
| Barnes vs. Zaccari, et al.<br>Civil Action File No. 1:08-CV-00077-CAP<br>WRC# 17508<br><br>06/12/2009 - Deposition of Laverne Gaskin (Copy) | 914.06 | 914.06 |

Customer Requests:   Thank you. Credit Cards Accepted.

*Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.*

**Total** $914.06

*handwritten: DOAS / HAMDEN BARNES    3349.014*

**WHEELER REPORTING CO., INC.**

1600 Northside Drive, N W, Suite 250
Atlanta, GA 30318
Phone: 404-351-4577 Fax: 404-351-3464
Federal EIN: 58-2319094

# Invoice

| Date | Invoice # |
|---|---|
| 7/15/2009 | 0907-112 |

**Bill To**

Brannen, Searcy & Smith
22 East 34th Street
Savannah, Georgia 31401

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| David R. Smith | 10% Paid Under 30 | 8/14/2009 | 536.35 |

| Description | Rate | Amount |
|---|---|---|
| Barnes vs. Zaccari, et al.<br>Civil Action File No. 1:08-CV-00077-CAP<br>WRC# 17662<br><br>07/02/2009 - Deposition of Linda Daniels & Elizabeth Nealy (Copy) | 595.94 | 595.94 |

Customer Requests:          Thank you. Credit Cards Accepted.

*Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.*

**Total** $595.94

*OOAS | HAMDEN BARNES*
*3349.014*

**WHEELER REPORTING CO., INC.**

1600 Northside Drive, N W, Suite 250
Atlanta, GA 30318
Phone: 404-351-4577 Fax: 404-351-3464
Federal EIN: 58-2319094

# Invoice

| Date | Invoice # |
|---|---|
| 7/20/2009 | 0907-146 |

**Bill To**

Brannen, Searcy & Smith
22 East 34th Street
Savannah, Georgia 31401

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| David R. Smith | 10% Paid Under 30 | 8/19/2009 | 849.15 |

| Description | Rate | Amount |
|---|---|---|
| Barnes vs. Zaccari, et al.<br>Civil Action File No. 1:08-CV-00077-CAP<br>WRC# 17614<br><br>07/01/2009 - Deposition of Leah McMillan, LMFT (Copy) | 943.50 | 943.50 |

Customer Requests:    Thank you. Credit Cards Accepted.

*Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.*

**Total** $943.50

DOAS | T. HAYDEN BARNES
3349.014

**WHEELER REPORTING CO., INC.**

1600 Northside Drive, N W, Suite 250
Atlanta, GA 30318
Phone: 404-351-4577 Fax: 404-351-3464
Federal EIN: 58-2319094

# Invoice

| Date | Invoice # |
|---|---|
| 7/27/2009 | 0907-203 |

**Bill To**

Brannen, Searcy & Smith
22 East 34th Street
Savannah, Georgia 31401

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| David R. Smith | 10% Paid Under 30 | 8/26/2009 | 506.40 |

| Description | Rate | Amount |
|---|---|---|
| Barnes vs. Zaccari, et al.<br>Civil Action File No. 1:08-CV-00077-CAP<br>WRC# 17651<br><br>07/08/2009 - Deposition of Howard Scott Doner & Ann Farmer (Copy) | 562.67 | 562.67 |

Customer Requests:   Thank you. Credit Cards Accepted.

*Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.*

**Total**   $562.67

DOAS / T. HAYDEN BARNES
3349.014

**WHEELER REPORTING CO., INC.**

1600 Northside Drive, N W, Suite 250
Atlanta, GA 30318
Phone: 404-351-4577 Fax: 404-351-3464
Federal EIN: 58-2319094

# Invoice

| Date | Invoice # |
|---|---|
| 7/27/2009 | 0907-207 |

**Bill To**

Brannen, Searcy & Smith
22 East 34th Street
Savannah, Georgia 31401

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| David R. Smith | 10% Paid Under 30 | 8/26/2009 | 411.75 |

| Description | Rate | Amount |
|---|---|---|
| Barnes vs. Zaccari, et al.<br>Civil Action File No. 1:08-CV-00077-CAP<br>WRC# 17758<br><br>07/14/2009 - Deposition of John F. Grotgen & Victor Morgan (Copy) | 457.50 | 457.50 |

Customer Requests:  Thank you. Credit Cards Accepted.

*Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.*

**Total**  $457.50

DOAS ] T. HAYDEN BARNES
3349.014

# Invoice

**WHEELER REPORTING CO., INC.**

1600 Northside Drive, N W, Suite 250
Atlanta, GA 30318
Phone: 404-351-4577 Fax: 404-351-3464
Federal EIN: 58-2319094

| Date | Invoice # |
|---|---|
| 9/8/2009 | 0909-53 |

**Bill To**

Brannen, Searcy & Smith
22 East 34th Street
Savannah, Georgia 31401

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| David R. Smith | 10% Paid Under 30 | 10/8/2009 | 927.95 |

| Description | Rate | Amount |
|---|---|---|
| Barnes vs. Zaccari<br>Case No. 1:08-CV-00077-CAP<br>WRC#17822<br><br>07/28/2009 - Deposition of Dr. Kurt J. Keppler (Copy) | 743.06 | 743.06 |
| 07/28/2009 - Deposition of Russ Mast (Copy) | 288.00 | 288.00 |

Customer Requests:  Thank you. Credit Cards Accepted.

Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.

**Total**  $1,031.06

DOAS / Hayden Barnes
3349.014

## WHEELER REPORTING CO., INC.

1600 Northside Drive, N W, Suite 250
Atlanta, GA 30318
Phone: 404-351-4577 Fax: 404-351-3464
Federal EIN: 58-2319094

# Invoice

| Date | Invoice # |
|---|---|
| 9/3/2009 | 0909-43 |

**Bill To**

Brannen, Searcy & Smith
22 East 34th Street
Savannah, Georgia 31401

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| David R. Smith | 10% Paid Under 30 | 10/3/2009 | 609.25 |

| Description | Rate | Amount |
|---|---|---|
| Barnes vs. Zaccari<br>Case No. 1:08-CV-00077-CAP<br>WRC#17821<br><br>07/27/2009 - Deposition of Dr. Kimberly Tanner (Copy) | 380.00 | 380.00 |
| 07/27/2009 - Deposition of Richard Lee, Sr. (Copy) | 296.44 | 296.44 |

Customer Requests: Thank you. Credit Cards Accepted.

*Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.*

**Total** $676.44

*DOAS / T. HAMDEN BARR*
*3349.014*

**WHEELER REPORTING CO., INC.**

1600 Northside Drive, N W, Suite 250
Atlanta, GA 30318
Phone: 404-351-4577 Fax: 404-351-3464
Federal EIN: 58-2319094

# Invoice

| Date | Invoice # |
|---|---|
| 9/8/2009 | 0909-57 |

**Bill To**

Brannen, Searcy & Smith
22 East 34th Street
Savannah, Georgia 31401

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| David R. Smith | 10% Paid Under 30 | 10/8/2009 | 1,017.60 |

| Description | Rate | Amount |
|---|---|---|
| Barnes vs. Zaccari, et al.<br>Civil Action File No. 1:08-CV-00077-CAP<br>WRC#17823<br><br>07/29/2009 - Deposition of Dr. Ronald Zaccari (Copy) | 1,130.67 | 1,130.67 |

Customer Requests:        Thank you. Credit Cards Accepted.

*Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.*

**Total**        $1,130.67

DOAS / T. HAYDEN BARNES
3349.014

REGENCY-BRENTANO, INC.
13 CORPORATE SQUARE
SUITE 140
ATLANTA, GA 30329
(404) 321-3333   Fax (404) 321-3307

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 80815 | 08/05/2009 | 04-49293 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/22/2009 | REGE | 1:08-CV-0077- |

| CASE CAPTION |
|---|
| BARNES V. ZACCARI, ET AL. |
| TERMS |
| Due upon receipt |

DAVID R. SMITH, ESQUIRE
BRANNEN, SEARCY & SMITH
22 E. 34TH STREET
SAVANNAH, GA 31401

| | |
|---|---|
| COMPUTER GENERATED TRANSCRIPT - COPY + COMPRESSED<br>   ROBERT M. O'NEIL | 402.95 |
| COMPUTER GENERATED TRANSCRIPT - COPY + COMPRESSED<br>   GREGORY C. LUKIANOFF | 358.85 |
| TOTAL DUE >>>> | 761.80 |
| AFTER 09/04/2009 PAY | 822.74 |

**SIGNATURE RESERVED** THANK YOU.
WE APPRECIATE YOUR BUSINESS.
WE ACCEPT MASTERCARD AND VISA.

TAX ID NO.: 58-1777129                                          (404)

*Please detach bottom portion and return with payment.*

---

DAVID R. SMITH, ESQUIRE
BRANNEN, SEARCY & SMITH
22 E. 34TH STREET
SAVANNAH, GA 31401

```
Invoice No.:  80815
Date       :  08/05/2009
TOTAL DUE  :     761.80
AFTER 09/04/09 PAY : 822.74

Job No.   :  04-49293
Case No.  :  1:08-CV-0077-CAP
BARNES V. ZACCARI, ET AL.
```

Remit To:   REGENCY-BRENTANO, INC.
            13 CORPORATE SQUARE
            SUITE 140
            ATLANTA, GA 30329

DOAS / T. HAYDEN BARNES
3349.014

REGENCY-BRENTANO, INC.
13 CORPORATE SQUARE
SUITE 140
ATLANTA, GA 30329
(404) 321-3333   Fax (404) 321-3307

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 80474 | 07/13/2009 | 04-49007 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 06/25/2009 | MEYEJO | 1:08-CV-0077 |
| CASE CAPTION | | |
| BARNES V. ZACCARI, ET AL. | | |
| TERMS | | |
| Due upon receipt | | |

DAVID R. SMITH, ESQUIRE
BRANNEN, SEARCY & SMITH
22 E. 34TH STREET
SAVANNAH, GA 31401

```
COMPUTER GENERATED TRANSCRIPT - COPY + COMPRESSED            775.10
    THOMAS HAYDEN BARNES

                                  TOTAL  DUE  >>>>           775.10
                             AFTER 08/12/2009 PAY            837.11

**SIGNATURE RESERVED** THANK YOU.
WE APPRECIATE YOUR BUSINESS.
WE ACCEPT MASTERCARD AND VISA.
```

TAX ID NO.: 58-1777129                                      (404)

*Please detach bottom portion and return with payment.*

DAVID R. SMITH, ESQUIRE
BRANNEN, SEARCY & SMITH
22 E. 34TH STREET
SAVANNAH, GA 31401

```
Invoice No.:  80474
Date       :  07/13/2009
TOTAL DUE  :     775.10
AFTER 08/12/09 PAY :  837.11

Job No.    :  04-49007
Case No.   :  1:08-CV-0077
BARNES V. ZACCARI, ET AL.
```

Remit To:  REGENCY-BRENTANO, INC.
           13 CORPORATE SQUARE
           SUITE 140
           ATLANTA, GA 30329

DOAS / T. HAYDEN BARNES
3349.014

# WHEELER REPORTING CO., INC.

1600 Northside Drive, N W, Suite 250
Atlanta, GA 30318
Phone: 404-351-4577 Fax: 404-351-3464
Federal EIN: 58-2319094

# Invoice

| Date | Invoice # |
|---|---|
| 12/3/2009 | 0912-29 |

**Bill To**

Brannen, Searcy & Smith
22 East 34th Street
Savannah, Georgia 31401

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| David R. Smith | 10% Paid Under 30 | 1/2/2010 | 1,014.25 |

| Description | Rate | Amount |
|---|---|---|
| Thomas Hayden Barnes vs. Ronald M. Zaccari, et al<br>Civil Action File No. 1:08-CV-00077-CAP<br>WRC#18557<br><br>11/19/2009 - Deposition of Matthew W. Norman, M.D. (Copy) | 1,126.94 | 1,126.94 |

Billed to client

Customer Requests:   Thank you. Credit Cards Accepted.

Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.

**Total** $1,126.94

Ref. No. 9831

Invoice No. 9840

August 28, 2009

David R. Smith
Brannen, Searcy & Smith
22 East 34th Street
Savannah, Georgia  31401

REPORTER'S TRANSCRIPT

One copy of the deposition of Dr. Kevin Winders in the matter of THOMAS HAYDEN BARNES vs. RONALD M. ZACCARI, et al, Civil Action Number 1:08-CV-0077-CAP, In the United States District Court, Northern District of Georgia, taken in Savannah, Georgia, July 31, 2009.

BALANCE DUE ... $397.00

Please remit to:  TOM CRITES & ASSOCIATES INTERNATIONAL, INC.
                  Court Reporters
                  P. O. Box 9438
                  Savannah, Georgia  31412
                           THANK YOU!

Federal I.D.No.  58-1456519

**PLEASE REFER TO INVOICE NUMBER WHEN REMITTING**
Finance Charge of 1.5% per month will be applied to balances if not paid within 30 days.
Major credit cards accepted.

Ref. No. 9832

Invoice No. 9846

August 31, 2009

David R. Smith, Esquire
Brannen, Searcy & Smith, LLP
P.O. Box 8002
Savannah, Georgia 31412



PAID
JAN 0 5 2010
BY:

REPORTER'S TRANSCRIPT

One copy of the deposition of Kelly Burke in the matter of: THOMAS HAYDEN BARNES vs. RONALD M. ZACCARI, ET AL., Civil Action File Number: 1:08-CV-0077-CAP, In the United States District Court for the Northern District of Georgia, taken in Savannah, Georgia on August 1, 2009.

SATURDAY DEPOSITION

BALANCE DUE ... $498.25

Please remit to: TOM CRITES & ASSOCIATES INTERNATIONAL, INC.
Court Reporters
P. O. Box 9438
Savannah, Georgia 31412

THANK YOU

Federal I.D. No. 58-1456519
\*\*PLEASE REFER TO INVOICE NUMBER WHEN REMITTING\*\*
Finance Charge of 1.5% per month will be applied to balances if not paid within 30 days. Major Credit Cards Accepted.

Pro-Legal Copies, Inc.
2 East Bryan Street
Suite 450
Savannah, GA 31401
(912) 232-9732
FEDERAL ID# 51-0455265

# Invoice

Customer No.: BRANNEN SEAR
Invoice No.: 15261

Bill To:
**Brannen, Searcey & Smith LLP**
22 East Thirty-Fourth
Savannah, GA 31412

Ship To:
MARTHA K.

| Date | Purchase Order Number | Terms | Our Job Number |
|---|---|---|---|
| 06/23/10 | DRS: 3349.014 | Net 30 | 0623-004 |

| Quantity Required | Quantity Shipped | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 248 | 248 | 11 | Litigation File Copies | 0.11 | 27.28 |
| 8 | 8 | CTABS | Computer Generated Tabs | 0.40 | 3.20 |
| 4 | 4 | PTABS | Mylar Tabs | 0.27 | 1.08 |
| | | | Invoice subtotal | | 31.56 |
| | | | Sales tax @ 7.000% | | 2.21 |
| | | | Invoice total | | 33.77 |

Thank You!                    Signature_____

Pro-Legal Copies, Inc.
2 East Bryan Street
Suite 450
Savannah, GA 31401
(912) 232-9732
FEDERAL ID# 51-0455265

# Invoice

Customer No.: BRANNEN SEAR
Invoice No.: 12865

Bill To:
**Brannen, Searcey & Smith LLP**
22 East Thirty-Fourth
Savannah, GA 31412

Ship To:
MARTHA KRAESKI

| Date | Purchase Order Number | Terms | Our Job Number |
|---|---|---|---|
| 07/17/09 | 3349.014 DOAS/BARNES | Net 30 | 0717-002 |

| Quantity Required | Quantity Shipped | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 352 | 352 | 11 | Litigation File Copies | 0.11 | 38.72 |
| 34 | 34 | PTABS | Mylar Tabs | 0.27 | 9.18 |
| 1 | 1 | DEPO | Deposition Bind | 2.50 | 2.50 |
| | | | Invoice subtotal | | 50.40 |
| | | | Sales tax @ 7.000% | | 3.53 |
| | | | Invoice total | | 53.93 |

Thank You!                          Signature_____