# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

THOMAS HAYDEN BARNES,

      Plaintiff,

v.

RONALD ZACCARI, et al.,

      Defendants.

CASE NO.
7:12-CV-00089-HL

## LEAH MCMILLAN'S
## MOTION FOR ATTORNEY'S FEES AND SANCTIONS

**COMES NOW LEAH MCMILLAN**, who files this Motion for Attorney's

Fees and Sanctions.  In advance thereof, Mrs. McMillan relies upon her

contemporaneously filed supporting brief and affidavit.

Respectfully submitted this 18th day of February, 2013.

**s/ Matthew R. LaVallee, Esq.**
Georgia Bar No. 438196
Attorney for Leah McMillan
**DALEY, KOSTER & LAVALLEE, LLC**
Overlook I
2849 Paces Ferry Road, Suite 205
Atlanta, GA  30339
Telephone:  (678) 213-2401
E-Mail: mlavallee@dkllaw.com

7:12-cv-00089-HL

Document 364   Filed 02/18/13   Page 2 of 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

THOMAS HAYDEN BARNES,

      Plaintiff,

v.

RONALD ZACCARI, et al.,

      Defendants.

CASE NO.
7:12-CV-00089-HL

This is to certify that on February <u>18th</u>, 2013, I served a copy of **LEAH MCMILLAN'S MOTION FOR ATTORNEY'S FEES AND SANCTIONS,** to all counsel and parties of record listed below and with the Clerk of Court via electronic notice using the CM/ECF system:

<u>**Attorneys for Plaintiff**</u>
Robert Corn-Revere, Esq.
Erin Reid, Esq.
Lisa B. Zycherman, Esq.
Davis Wright Tremaine, LLP
1919 Pennsylvania Ave. NW, Suite 800
Washington, DC 20006-3401
bobcornrevere@dwt.com
erinreid@dwt.com
lisazycherman@dwt.com

Cary Stephen Wiggins, Esq.
Wiggins Law Group
260 Peachtree St. NW, Suite 401
Atlanta, GA 30303
cary@wigginslawgroup.com

Darl Hilton Champion, Esq.
Warshauer Law Group, PC
3350 Riverwood Pkwy Ste 2000
Atlanta GA 30339
dhc@warlawgroup.com

**Attorneys for Valdosta State University Defendants**
David C. Will, Esq.
Holly Hance, Esq.
Royal-Will Law Firms
4799 Sugarloaf Parkway
Building J
Lawrenceville, GA 30044
dwill@royallaw.net
hhance@royallaw.net

**Attorneys for Defendant Laverne Gaskins**
David R. Smith, Esq.
Brannen Searcy & Smith
PO Box 8002
22 E 34th Street
Savannah, GA 31412-8002
DSmith@brannenlaw.com

_s/_ **Matthew R. LaVallee**
Georgia Bar No. 438196
Attorney for Leah McMillan

**DALEY, KOSTER & LAVALLEE, LLC**
2849 Paces Ferry Road, Suite 205
Atlanta, Georgia 30339
(678)-213-2401; (678)-213-2406 (fax)
mlavallee@dkllaw.com