IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, <br><br> Plaintiff, <br><br> v. <br><br> RONALD ZACCARI, et al., <br><br> Defendants. | CASE NO. <br> 7:12-CV-00089-HL |

### AFFIDAVIT OF MATTHEW R. LAVALLEE
### IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

Before me, the undersigned notary public, personally appeared Matthew R. LaVallee, who, after being duly sworn according to law, did depose and say on oath as follows:

1.

My name is Matthew R. LaVallee. I am a partner of the law firm of Daley, Koster & LaVallee, LLC, ("DKL"), in Atlanta, Georgia. This affidavit is based on my personal knowledge of the facts contained herein, and I believe those facts to be true and correct. I am of legal age and am suffering from no legal disabilities.

2.

I am a member in good standing with the State Bar of Georgia, and was admitted to the Bar on October 27, 1999. I am admitted to practice before the

United States District Court for the Northern District of Georgia, the United States District Court for the Middle District of Georgia, the United States District Court for the Southern District of Georgia, the United States Court of Appeals for the Eleventh Circuit, the Supreme Court of Georgia, and the Georgia Court of Appeals.

3.

In the ordinary course of business at DKL, the Georgia Department of Administrative Services has been billed for the legal fees incurred by defense counsel in preparing a defense for Leah McMillan.

4.

I have served as lead attorney for Defendant McMillan in the above-captioned suit.

5.

DKL's billing rates in this civil litigation matter has been $125.00 per hour for attorneys and $50.00 per hour for paralegals, which rates are reasonable and customary for the services provided in similar matters. This hourly rate is within the range of hourly rates currently charged by those attorneys within the Metro-Atlanta civil rights litigation market, possessing similar skills, experience and reputation.

6.

Matthew R. LaVallee, Esq. has billed 920.90 hours, Gregory V. Reybold, Esq. has billed 61.9 hours, Marissa Key, Esq. has billed 24.5 hours, Paul R. Koster, Esq.

has billed 12.6 hours, and Cynthia Matthews Daley, Esq. has billed 1 hour in connection with defending Leah McMillan, at the above-mentioned rates. (See billing records, Attachment 1.)

7.

A total of 32.10 hours have been billed by paralegals, Mario Signori, Robyn Sonis, Anita Hall and Meghan Carroll, in connection with defending Leah McMillan, at the above-mentioned rates. (See billing records, Attachment 1.)

8.

The total fees for legal services rendered was $129,217.50 and the total reasonable expenses (which includes hotel, airfare and mileage) was $4,492.62 in connection with defending Defendant McMillan. (See billing records, Attachment 1.)

9.

The total amount requested as a prevailing party pursuant to 42 U.S.C. § 1988 is $133,710.12. (See billing records, Attachment 1.)

FURTHER AFFIANT SAYETH NOT.

*[signature]*
MATTHEW R. LAVALLEE

Sworn to and subscribed before me this
18th day of February, 2013.

*[signature]*
Notary Public

My Commission Expires: July 29, 2013

*[Notary seal: Meghan Naomi Carroll, Notary Public, Haralson County, Georgia, Expires July 29, 2013]*