IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES,  )<br>  )<br>　　　　Plaintiff,　　　　)<br>  )<br>v.　　　　　　　　　　　　)<br>  )<br>RONALD M. ZACCARI,　　　)<br>individually and in his official　)<br>capacity as President of Valdosta )<br>State University; VALDOSTA　)<br>STATE UNIVERSITY; BOARD OF )<br>REGENTS OF THE UNIVERSITY )<br>SYSTEM OF GEORGIA;　　　)<br>LAVERNE GASKINS, individually )<br>and in her capacity as in-house　)<br>counsel at Valdosta State University; )<br>KURT KEPPLER, individually and )<br>in his official capacity as　　　)<br>Vice President for Student Affairs at )<br>Valdosta State University;　　)<br>RUSS MAST, individually and in his )<br>official capacity as Dean of　　)<br>Students at Valdosta State University; )<br>LEAH McMILLAN, individually and )<br>in her official capacity as a counselor )<br>at Valdosta State University; and )<br>VICTOR MORGAN, individually　)<br>and in his official capacity as Director )<br>of the Valdosta State University　)<br>Counseling Center,　　　　)<br>  )<br>　　　　Defendants.　　　　) | Case No. 7:12-CV-89 (HL) |

**<u>DEFENDANT LAVERNE GASKINS' MOTION FOR ATTORNEYS' FEES</u>**

Defendant Laverne Gaskins hereby moves for attorneys' fees and expenses as a prevailing defendant pursuant to 42 U.S.C. § 1988 and Local Rule 54.1 of this Court, and files in support of said motion the attached Brief and Affidavit, with attached exhibits.

Respectfully submitted, this 19th day of February, 2013.

|  |  |
|---|---|
|  | **BRANNEN, SEARCY & SMITH, LLP** |
|  | By: /s/ David R. Smith |
| Post Office Box 8002 | **DAVID R. SMITH** |
| Savannah, GA 31412 | Georgia State Bar No. 655587 |
| (912) 234-8875/(912) 232-1792 (fax) | **BEVERLY G. O'HEARN** |
| dsmith@brannenlaw.com | Georgia State Bar No. 287650 |
| bohearn@brannenlaw.com | *Attorneys for Defendant* |
|  | *Laverne Gaskins* |

## CERTIFICATE OF SERVICE

This is to certify that copies of *Defendant Laverne Gaskins Motion for Attorneys' Fees and Expenses, Brief in Support of Defendant Laverne Gaskins' Motion for Attorneys' Fees,* and *Affidavit* have been served electronically on all parties as follows:

| | |
|---|---|
| Matthew R. LaVallee, Esq.<br>Paul R. Kosters, Esq.<br>Dailey, Koster & LaVallee, LLC<br>Overlook I 2849 Paces Ferry Road<br>Suite 160<br>Atlanta, GA 30339 | Robert Corn Revere, Esq.<br>Christopher A. Fedeli, Esq.<br>Lisa Zycherman, Esq.<br>Erin Reid, Esq.<br>DAVIS WRIGHT TREMAINE, LLP<br>1500 K Street, NW, Suite 450<br>Washington, D.C. 20001 |
| David C. Will, Esq.<br>Holly Hance, Esq.<br>ROYAL, WASHBURN & WILL<br>4799 Sugarloaf Parkway, Bldg. J<br>Lawrenceville, GA  30044 | Cary S. Wiggins, Esq.<br>Irma Espino, Esq.<br>Susan Julian, Esq.<br>WIGGINS LAW GROUP<br>260 Peachtree Street, N.W., Suite 401<br>Atlanta, GA 30303 |

This 19th day of February, 2013.

Post Office Box 8002
Savannah, GA 31412
(912) 234-8875

By:  BRANNEN, SEARCY & SMITH, LLP
/s/ David R. Smith
**DAVID R. SMITH**
Georgia State Bar No. 655587
**BEVERLY G. O'HEARN**
Georgia State Bar No. 287650
*Attorneys for Defendant Laverne Gaskins*