## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

THOMAS HAYDEN BARNES,     )
                                   )

    Plaintiff,              )

                                   )     Civil Action No.
v.                            )

                                 )     7:12-CV-89 (HL)
RONALD M. ZACCARI,        )

                                 )

    Defendant.         )

## AFFIDAVIT OF DAVID C. WILL

Personally appeared before the undersigned officer duly authorized to administer oaths, David C. Will who, being duly sworn, deposes and says as follows:

### 1.

My name is David C. Will. I make this affidavit of my own personal knowledge. I am of legal age and am competent to make this affidavit.

### 2.

I attended law school at Mercer University and graduated in 1979. In law school, I was Georgia Survey Editor of the Mercer Law Review. I was also a teaching assistant for Legal Research and Writing.

3.

I was admitted to the Georgia bar in 1979 and was an Assistant Attorney General for the State of Georgia for 8 ½ years.  I have been in private practice since that time.

4.

I am admitted to practice in all Georgia Courts, the Georgia Court of Appeals and the Georgia Supreme Court.  I am admitted to the United States District Court for the Northern, Middle and Southern District Courts in Georgia, and have previously been admitted on a pro hac vice basis to the Eastern District of Texas, the Western District of Pennsylvania, the Northern District of Ohio, and State Courts in Florida.  I am also admitted to practice before the Eleventh Circuit Court of Appeals, the Court of Appeals for the D.C. Circuit and the United States Supreme Court.  I am a certified arbitrator for the Middle District of Georgia under the local rules of this Court.  (LR 16.2)

5.

I have personally handled nearly 100 appeals in state and federal court, approximately 75 of which are reported.  I have tried cases in state and federal court throughout the State of Georgia.  I have handled civil rights cases my entire career.

6.

I have co-authored an article on Administrative Law for the <u>Mercer Law Review</u>.  I have spoken at various continuing education and continuing judicial education seminars, for the Georgia Institute of Continuing Legal Education and the Institute for Continuing Judicial education, as well as private conferences.

7.

In this case, I served as lead counsel for most of the Defendants, specifically Dr. Ronald Zaccari, Valdosta State University, the Board of Regents, Dr. Kurt Keppler, Russ Mast and Dr. Victor Morgan.

8.

Additionally, associate Holly Hance has devoted substantial attention to this case.  Ms. Hance is a 2005 graduate of Oklahoma City University School of Law.  She has been practicing law in Georgia since 2005.  She is admitted to practice in all Georgia courts, the Georgia Court of Appeals, and the Georgia Supreme Court.  She is also admitted to practice before the Northern, Middle and Southern District Courts, the Eleventh Circuit Court of Appeals and the United States Supreme Court.  She has been employed with Royal – Will since 2007, and has handled complex federal cases, and has handled civil rights cases.

9.

Based on our contemporaneously-made time records, our draft billing statements are prepared. The statements are edited by the responsible billing attorney, in this case me, to reduce time entries which seem to be excessive, redundant or inefficient and in accordance with the exercise of prudent billing judgment and the final bills are then prepared. They accurately reflect the time and labor devoted to the tasks at hand, with due regard to reasonable and prudent use of attorney time and expenses.

10.

Recognizing that the attorneys fees and expenses that are being sought are for only portions of the case, I have edited and selected the time entries to omit those entries devoted exclusively to those matters for which attorneys fees are not being sought. For example, I have not included any time or expense for the procedural due process claim that was tried – no fees or expenses are sought for any time in the case following the remand of the case from the Eleventh Circuit.

11.

Based on the assumption that the "relevant community" for determining lodestar rates is the Valdosta community, we are requesting that attorneys fees be awarded based on hourly rates of $250.00/hour for my services, $175.00/hour for

Ms. Hance's services and $75.00/hour for our paralegal.[1]   In my opinion, these rates are fair, reasonable and consistent with the hourly billing rates in the Valdosta market for attorneys with our background, experience, skill and judgment.

12.

In accordance with LR 54.1, the attached statement reflects the work performed by segment of time, and by the attorney or paralegal working on the case. The total amount of attorneys fees being sought is $302,915.00, representing 559.9 hours by David Will, 858.7 hours by Holly Hance and 168.9 hours by our paralegal, Jessica Erhardt.   The total amount of expenses is $20,453.25, which excludes the amount shown on the Bill of Costs filed by Defendants Board of Regents, Valdosta State University, Kurt Keppler, Russ Mast and Victor Morgan.

13.

I hereby certify that the work performed was reasonably necessary to the preparation and presentation of the case.


Further affiant sayeth not.

---

[1] Should the Court determine that the "relevant community" is not Valdosta, we ask that our hourly rates be determined consistent with the prevailing market rate for lawyers with our background, experience, skill and judgment in the "relevant community."

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | 7:12-CV-89 (HL) |
| RONALD M. ZACCARI, | ) | |
| | ) | |
| Defendant. | ) | |

## VERIFICATION

Personally appeared DAVID C. WILL, who, after being duly sworn, states that the facts alleged in the foregoing **Affidavit of David C. Will** are true and correct to the best of his knowledge, belief and information.

_____
DAVID C. WILL

Sworn to and subscribed before me this
___ day of February, 2013.

_____
Notary Public

My commission expires:
JESSICA ERHARDT
NOTARY PUBLIC
GWINNETT COUNTY, GEORGIA
MY COMMISSION EXPIRES: 10/10/14