## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 7:12-cv-00089-HL |
| | * | |
| RONALD M. ZACCARI, *et al.*, | * | |
| | * | |
| Defendants. | * | |

### NOTICE OF WITHDRAWAL OF COUNSEL

The law firms of Wiggins Law Group and Davis Wright Tremaine LLP represent Plaintiff Thomas Hayden Barnes in this action. Erin N. Reid, an attorney of record in this case, has resigned from Davis Wright Tremaine LLP.

Mr. Barnes respectfully requests that the Clerk remove Erin N. Reid as an attorney of record in this case.

Robert Corn-Revere and Lisa B. Zycherman of Davis Wright Tremaine LLP will continue to represent Mr. Barnes. Cary S. Wiggins and the law firm of Wiggins Law Group will also continue to represent Mr. Barnes.

Mr. Barnes has been notified of Ms. Reid's departure and consents to the filing of this certificate.

1

Respectfully submitted this 26th day of February, 2013.

                Respectfully submitted,

                _____/s/Robert Corn-Revere_____
                Robert Corn-Revere
                Lisa Beth Zycherman
                Davis Wright Tremaine LLP
                1919 Pennsylvania Avenue, N.W., Suite 800
                Washington, DC  20006-3401
                bobcornrevere@dwt.com
                lisazycherman@dwt.com
                (202) 973-4200

                Cary Wiggins
                Georgia Bar #757657
                Wiggins Law Group
                260 Peachtree Street, N.W., Suite 401
                Atlanta, GA  30303
                cary@wigginslawgroup.com
                (404) 659-2880

                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2013, I electronically filed the foregoing Notice of Withdrawal using the CM/ECF system which will send notification of such filing to all counsel of record.

       /s/Robert Corn-Revere
Robert Corn-Revere
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC  20006-3401
bobcornrevere@dwt.com