IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 7:12-cv-00089-HL |
| | * | |
| RONALD M. ZACCARI, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S
UNAUTHORIZED REPLY BRIEF**

Pursuant to Local Rules 7.3.1(b) & (c), Plaintiff Thomas Hayden Barnes hereby moves to strike Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for a Finding of Qualified Immunity. (Dkt. #387).

Defendant's unauthorized reply brief ignores the procedures set forth for any post-trial motion for judgment as a matter of law. The Court made clear that a single Rule 50(b) motion should set forth Defendant's arguments for judgment as a matter of law (Dkt. # 383, Tr. Vol. 5, 6:2-11), and that it would be filed 20 days after trial. (*Id*. 7:1). Notwithstanding these clear instructions, the Defendant filed a Rule 50(b) motion on February 21, 2013, followed by a second motion on March 4, 2013. (Dkt. ##370, 373). Now, the Defendant has submitted a reply to Plaintiff's opposition to Dkt. #370 despite the fact the Order did not call for or allow the parties to file reply briefs. (Dkt. # 383, Tr. Vol. 5, 7:1-4).

The Court also clearly directed the parties to include specific citations to trial testimony in any such motions, (*id*. 6:22-25), but Defendant did not comply. In its unauthorized reply, Defendant states that he "was not in possession of the trial transcripts" when he filed Dkt. #370, and adds that he has now acquired them and "will make various citations to the record in his

1

Reply." (Dkt. #387 at 3).  Of course, Defendant had the option either of obtaining an expedited trial transcript (as Plaintiff did in order to meet the Court's deadline), or of seeking leave of Court for an extension of time.  But the Defendant chose to do neither.

Defendant's late and improper filing is in violation of the Court's post-trial order.  It therefore need not be considered and may properly be stricken from the record.

Plaintiff respectfully requests that the Court issue an Order striking Defendant's improper reply.

Dated: March 19, 2013  Respectfully submitted,

/s/Robert Corn-Revere
Robert Corn-Revere
Lisa Beth Zycherman
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC  20006-3401
bobcornrevere@dwt.com
lisazycherman@dwt.com
(202) 973-4200

Cary Wiggins
Georgia Bar #757657
Wiggins Law Group
260 Peachtree Street, N.W.
Suite 401
Atlanta, GA  30303
cary@wigginslawgroup.com
(404) 659-2880

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2013, I electronically filed the foregoing Plaintiff's Motion to Strike Defendant's Unauthorized Reply Brief and proposed order with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        /s/Robert Corn-Revere
Robert Corn-Revere
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC  20006-3401
bobcornrevere@dwt.com