**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 7:12-cv-00089-HL |
| | * | |
| RONALD M. ZACCARI, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**

Pursuant to Local Rule 7.3.1 (c), Plaintiff Thomas Hayden Barnes hereby moves for leave to file a sur-reply to Defendant Zaccari's Reply to Plaintiff's Consolidated Opposition to Defendants' Motions for Attorney Fees, Costs, and Sanctions.  (Dkt. #392).  Defendant's reply brief, and attached Supplemental Affidavit of David C. Will (Dkt. #392-1), constitute an impermissible attempt to sur-reply Plaintiff's fee motion (Dkt. #367), without seeking leave of Court.   In particular, Defendant's arguments and averments as to the parties' settlement negotiations have no bearing on whether Defendant is entitled to attorney fees, but instead seeks to impermissibly respond, again, to Plaintiff's fee request.  (*See* Dkt. 392 at 3-4) ("With respect to Plaintiff's claim for attorneys fees….").  Moreover, Defendant's brief and attached Affidavit contain false statements that Plaintiff seeks to address on sur-reply.

WHEREFORE, Plaintiff respectfully requests leave of the Court to file a sur-reply to respond to Defendant's improper arguments and to ensure the record is accurate.

1

Dated: April 2, 2013

Respectfully submitted,

     /s/Robert Corn-Revere

Robert Corn-Revere
Lisa Beth Zycherman
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W., Suite 800
Washington, DC  20006-3401
bobcornrevere@dwt.com
lisazycherman@dwt.com
(202) 973-4200

Cary Wiggins
Georgia Bar #757657
Wiggins Law Group
260 Peachtree Street, N.W., Suite 401
Atlanta, GA  30303
cary@wigginslawgroup.com
(404) 659-2880

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2013, I electronically filed the foregoing Plaintiff's

Motion for Leave to File Sur-Reply, proposed order, and all exhibits thereto with the Clerk of

Court using the CM/ECF system which will send notification of such filing to all counsel of

record.

                      /s/Robert Corn-Revere
                     Robert Corn-Revere
                     Davis Wright Tremaine LLP
                     1919 Pennsylvania Avenue, N.W.
                     Suite 800
                     Washington, DC  20006-3401
                     bobcornrevere@dwt.com