# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

**THOMAS HAYDEN BARNES,**

    Plaintiff,

    v.                                  Case No. 7:12-cv-89 (HL)

**RONALD M. ZACCARI,**

    Defendant.

## ORDER

On June 21, 2013, Defendant Ronald Zaccari filed a brief supplementing his Motion for Judgment as a Matter of Law (Doc. 397). Plaintiff Thomas Hayden Barnes is ordered to respond to the substantive arguments made in that brief no later than July 1, 2013. The response brief shall be limited to ten pages. Defendant may file a reply brief no later than July 8, 2013, and it shall be limited to five pages.

**SO ORDERED**, this 24th day of June, 2013.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE

ebrs