IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **THOMAS HAYDEN BARNES,**<br><br>    Plaintiff,<br><br>    v.<br><br>**RONALD M. ZACCARI,**<br><br>    Defendant. | Case No. 7:12-cv-89 (HL) |

ORDER

The Court, in reviewing the Motion for Attorneys' Fees submitted by Plaintiff Thomas Hayden Barnes, has realized that there is a lack of evidence about appropriate attorney billing rates in the relevant legal community, which this Court has determined is Atlanta. Plaintiff Barnes is ordered to submit a ten-page brief[1] with additional evidence about reasonable hourly rates in the Atlanta area for all of the attorneys and paralegals who worked on this case no later than Wednesday, July 17, 2013. A response brief from Defendants is due no later than Monday, July 22, 2013. The response should be limited to five pages. No reply brief will be permitted.

**SO ORDERED**, this 10th day of July, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

---

[1] The page limits for both the Plaintiff's brief and the Defendants' response excludes any relevant attachments.