IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, | * |
| Plaintiff, | * |
| v. | Case No.  7:12-CV-89(HL) |
| | * |
| RONALD M. ZACCARI, et al., | |
| | * |
| Defendants. | |
| | * |

## JUDGMENT

Pursuant to the Order of this Court filed July 24, 2013, and for the reasons stated therein, JUDGMENT on attorney's fees is hereby entered as follows:

1.  For Defendant Leah McMillan and against Plaintiff Barnes in the amount of $128,902.50 in fees and $4,356.57 in expenses, for a total award of $133,259.07;

2.  For Defendant Laverne Gaskins and against Plaintiff Barnes in the amount of $92,990.00 in fees and $5,133.03 in expenses, for a total award of $98,123.03;

3.  For Defendants VSU, Keppler, Mast and Morgan and against Plaintiff Barnes in the amount of $174,332.00 in fees and $14,395.07 in expenses, for a total award of $188,727.07; and

4.  For Plaintiff Barnes and against Defendant Zaccari in the amount of $407,242.00 in fees and $68,596.14 in expenses, for a total award of $475,838.14.

These amounts shall accrue interest from the date of entry of judgment at the rate of .13 % per annum until paid in full.

This 25th day of July, 2013.

                Gregory J. Leonard, Clerk

                s/ Sandra B. DeCesare, Deputy Clerk

APPROVED BY:

```
 s/Hugh Lawson
```
_____
Hugh Lawson
Senior Judge, U.S. District Court