IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NO. 7:12-cv-00089-HL |
| | * |
| RONALD M. ZACCARI, *et al.*, | * |
| | * |
| Defendants. | * |

**NOTICE OF APPEAL**

Plaintiff Thomas Hayden Barnes hereby appeals to the United States Court of Appeals for the Eleventh Circuit, pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(1), from two final Orders entered in this action.

*First*, Plaintiff appeals from certain portions of the District Court's July 24, 2013 Order granting attorney fees to Plaintiff and to certain Defendants, (Dkt. 405), and the Court's related Judgment on attorney fees, entered July 25, 2013. (Dkt. 406). In particular, Plaintiff appeals from the District Court's refusal to grant the full fees sought by Plaintiff as a prevailing party under 42 U.S.C. § 1988, insofar as the District Court: (1) imposed excessive across-the-board adjustments to Plaintiff's fee award although time devoted to unsuccessful claims had already been written off; (2) took an unduly restrictive view of Plaintiff's success vis-à-vis the claims litigated and Defendants pursued, as well as of the interrelation of those claims; (3) imposed, to the extent any reductions were proper, certain of them through "double counting" resulting in over-reduction of the fee award and effectively requiring Plaintiff to pay fees to Defendant Zaccari, even though the Court denied Zaccari's motion for fees in full; and (4) unreasonably reduced the rates for Plaintiff's counsel for the fees awarded contrary to the evidence in the record. Plaintiff also appeals from the Order insofar as it: (1) granted Defendant Leah

1

McMillan's Motion for Fees (Dkt. 364); (2) granted Defendant Laverne Gaskin's Motion for Fees (Dkt. 366); and (3) granted Defendants' Motion for Fees (Dkt. 368) as to Defendants VSU, Keppler, Mast, and Morgan. *See Christiansburg Garment Co. v. EEOC*, 434 U.S. 412 (1978); *Hensley v. Eckerhart*, 461 U.S. 424 (1983).

***Second***, Plaintiff appeals from certain portions of the District Court's September 3, 2010 Order on summary judgment. *Barnes v. Zaccari et al.*, 757 F. Supp. 2d 1313 (N.D. Ga. 2010) (Dkt. 244) ("Summary Judgment Order"). The District Court entered Judgment on its Summary Judgment Order on February 4, 2013. (Dkt. 360). Thereafter, the District Court extended the date for all parties to file a Notice of Appeal of the Court's February 4, 2013 entry of Judgment for a period of thirty days after the Court entered an order ruling on Defendant's pending motion, pursuant to Fed. R. Civ. P. 50(b), for judgment as a matter of law. (Dkt. 376). The District Court entered its Order denying defendant's Rule 50(b) motion on July 24, 2013. (Dkt. 405). Accordingly, this Notice of Appeal of the District Court's entry of Judgment of the Summary Judgment Order is timely, and the order is ripe for review. In particular, Plaintiff seeks appellate review of the District Court's dismissal of Plaintiff's First Amendment retaliation claim against Defendant Ronald M. Zaccari. *See Bennett v. Hendrix*, 423 F.3d 1247, 1255 (11th Cir. 2005); *Georgia Ass'n of Educators v. Gwinnett County Sch. Dist.*, 856 F.2d 142, 145 (11th Cir. 1988). As such, Plaintiff appeals the District Court's decision to grant Defendants' motion for summary judgment as to Defendant Zaccari on Count III and to deny Plaintiff's motion for summary judgment as to Defendant Zaccari on Count III. Plaintiff also appeals the District Court's denial in the Summary Judgment Order of injunctive relief sought by Plaintiff, including that required to expunge from his academic record inaccurate and untrue characterizations placed there by the Defendants.

Respectfully submitted this 23rd day of August, 2013.

/s/Robert Corn-Revere
Robert Corn-Revere
Lisa Beth Zycherman
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC  20006-3401
bobcornrevere@dwt.com
lisazycherman@dwt.com
(202) 973-4200
bobcornrevere@dwt.com


/s/Cary Wiggins
Cary Wiggins
Georgia Bar #757657
Wiggins Law Group
260 Peachtree Street, N.W.
Suite 401
Atlanta, GA  30303
(404) 659-2880
cary@wigginslawgroup.com

*Counsel for Plaintiff*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2013, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                          /s/Robert Corn-Revere
                      Robert Corn-Revere
                      Davis Wright Tremaine LLP
                      1919 Pennsylvania Avenue, N.W.
                      Suite 800
                      Washington, DC  20006-3401
                      bobcornrevere@dwt.com