# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**THOMAS HAYDEN BARNES**,

    Plaintiff,

v.

**RONALD M. ZACCARI, et al.**,

    Defendants.

Civil Action No. 7:12-CV-89 (HL)

## ORDER

This case came before the Court for a telephone conference on June 16, 2015, to discuss the issuance of the Eleventh Circuit Court of Appeals' Mandate (Doc. 416) and to address how the parties wish to proceed moving forward. After discussing the status of affairs, the Court believes it would be beneficial to conduct an in-person conference to see if this matter may be brought to a final resolution. It is hereby ordered that on Wednesday, June 24, 2015, at 9:00 a.m. in Valdosta, Georgia, Plaintiff shall appear along with his counsel of record, Cary S. Wiggins. Robert Corn-Revere and David C. Will likewise are ordered to appear on behalf of Defendants.

**SO ORDERED** this 16th day of June, 2015.

*Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

aks